# EXHIBIT 2

# To retake this part of the test:

- Make an appointment for Thursday's Flex time.
- You are responsible for the coming.
- I will not be making appointments for you



NAME(s): _____    Period: _____

**If a∥b and c∥d, find the value of x, y, and z.**

110°

x

2y    z

a    b

c

d

x=_____    y=_____    z=_____

_____ partner initials

**Find the measure of the lettered angles.**

a    70°
b

60°    c    d

f

a=_____    b=_____    c=_____

d=_____    d=_____

_____ partner initials



05:00
COUNTDOWN

SEQ000001



SEQ000002

# Agenda

1. Angle Chase - Practice

2. Identifying marked parts of congruent triangles.

3. Congruent triangles

   a. Determining if triangles are congruent
   b. Proofs

## Learning objectives:

- I can identify if triangles are congruent by SSS, SAS, AAS, or ASA.

## Vocabulary
- SSS
- SAS
- ASA
- AAS



ARE THEY CONGRUENT?



SAME

SEC000003

# Read quietly to yourself the directions

**Example:**

CW Unit 2: Identifying Triangle Parts        Your Name & Partner:        Per:

## Partner 1 - Directions:

Complete with your partner.

1) Identify the how the triangles are marked (SSS, SAS, ASA, AAS/SAA, AAA or ASS/SSA)
2) Circle your answer.
3) Cut out each figure and tape to the poster for each way triangles can be marked.

## Partner 2 - Directions:

Complete with your partner.

1) Identify the how the triangles are marked (SSS, SAS, ASA, AAS/SAA, AAA or ASS/SSA)
2) Circle your answer.
3) Cut out each figure and tape to the poster for each way triangles can be marked.



3:59



Circle the way the parts are marked in the Δ.

| SAS    SSS ASA    AAS/SAA | Can be used to prove Δ ≅ |
|---|---|
| AAA    ASS/SSA | Cannot be used to prove Δ ≅ |

SEQ000004

# Tape your triangle to the poster board it corresponds to

**SSS**



**SAS**



**ASA**



**AAS/SAA**



**AAA**



**SSA/ASS**



SEQ000005

# Reflection - Yellow Classwork Page 8

Determine which parts are marked for each triangle then state if the triangles are congruent by shortcut.

| | |
|---|---|
| N, M, O; Q, P, R triangles | H, G, I; K, J, L triangles |
| Marked parts: _____  _____ | Marked parts: _____  _____ |
| Are the triangles congruent? ❑ Yes  ❑ No | Are the triangles congruent? ❑ Yes  ❑ No |
| N, M, O; Q, P, R triangles | H, G, I; K, J, L triangles |
| Marked parts: _____  _____ | Marked parts: _____  _____ |
| Are the triangles congruent? ❑ Yes  ❑ No | Are the triangles congruent? ❑ Yes  ❑ No |
| S, T, U; W, V, X triangles | B, A, C; E, D, F triangles |
| Marked parts: _____  _____ | Marked parts: _____  _____ |
| Are the triangles congruent? ❑ Yes  ❑ No | Are the triangles congruent? ❑ Yes  ❑ No |



05:00 COUNTDOWN

SEQ000006

# Introducing Proofs



Marked parts: _____ _____

Are the triangles congruent?  ❏ Yes  ❏ No



**Given:**

$\overline{GH} \cong \overline{JK}$

$\overline{GI} \cong \overline{JL}$

$\overline{HI} \cong \overline{KL}$

Statement/Reason

IF

THEN

Conclusion

SEQ000007

# Introducing Proofs



**Marked parts:** _____ _____

Are the triangles congruent?  ❏ Yes  ❏ No



**Given:**

$\overline{AB} \cong \overline{DE}$

$\angle A \cong \angle D$

$\angle B \cong \angle E$



Statement/Reason

IF

THEN

Conclusion

SEQ000008

# Introducing Proofs



**Given:**
$\overline{AC} \cong \overline{DC}$
$\angle ACB \cong \angle CDE$
$\angle B \cong \angle E$



SEQ000009

# Identifying the third part of the congruent triangles

## Reflexive Property



How many parts are marked?

_____ angles    _____ sides

What is the third part?

Δ _____ ≅ Δ _____ by

❏ SSS  ❏ SAS

❏ AAS  ❏ ASA



How many parts are marked?

_____ angles    _____ sides

What is the third part?

Δ _____ ≅ Δ _____ by

❏ SSS  ❏ SAS

❏ AAS  ❏ ASA



How many parts are marked?

_____ angles    _____ sides

What is the third part?

Δ _____ ≅ Δ _____ by

❏ SSS  ❏ SAS

❏ AAS  ❏ ASA

SEQ000010

# Identifying the third part of the congruent triangles

**Given:** $\overline{AB} \cong \overline{AD}$, $\overline{BC} \cong \overline{DC}$
**Prove:** $\triangle ABC \cong \triangle ADC$



Statement/Reason

IF

THEN

Conclusion

SEQ000011

# Identifying the third part of the congruent triangles

**Given:** $\angle ATR \cong \angle PTR$,
$\angle ART \cong \angle PRT$

**Prove:** $\triangle ART \cong \triangle PRT$



| Statement | Reason |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |

SEQ000012

SEQ000013

# Complete the Practice quiz

**Unit 2 Practice Quiz 2**        /6pts        Name:

State whether the two triangles could be proven congruent or NOT. If the triangles are congruent, stated by SSS, SAS, AAS, ASA then write a congruence statement if congruent (like above).

### MARK YOUR FIGURES

1.



☐ SSS. SAS, AAS, ASA (circle)

ΔHFG≅_____

☐ No, triangles NOT congruent

3.



☐ SSS. SAS, AAS, ASA (circle)

ΔMNO≅_____

☐ No, triangles NOT congruent

We will be self-grading these afterwards!



SEQ000014

# Tuesday October 17, 2023



What saying does this puzzle mean?

SEQ000015

# Agenda

1. Unit 2 practice Quiz

2. Congruent triangles
   a. Determining if triangles are congruent
   b. Proofs

3. Notes

**Quiz on BLOCK 10/19 or 10/20 on Unit 2**

## Learning objectives:

- I can identify if triangles are congruent by SSS, SAS, AAS, or ASA.

Vocabulary
- SSS
- SAS
- ASA
- AAS





SEO000016

# Identifying the third part of the congruent triangles

## Identifying congruent angles which are not marked

**VERTICAL ANGLES**



Identify the transformation
which maps the triangles
together.

**Given:** $\overline{AB} \cong \overline{BC}, \quad \overline{EB} \cong \overline{BD}$
**Prove:** $\triangle ABE \cong \triangle CBD$

Statement/Reason

IF

THEN

Conclusion

**Third congruent part is:**

SEQ000017

# Identifying the third part of the congruent triangles



SEQ000018

# Identifying the third part of the congruent triangles

## PARALLEL LINES



Identify the transformation which maps the triangles together.

**Given:** $\overline{AB} \parallel \overline{CD}$, $\overline{PO} \cong \overline{OM}$
**Prove:** $\triangle PON \cong \triangle MOL$

| Statement | Reason |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

SEQ000019

To retake this part of the test:

- Make an appointment for Friday's Flex time.
- You are responsible for the coming.
- I will not be making appointments for you





SEQ000020

SEQ000021

# Block Oct 19 or 20, 2023



What saying does this puzzle mean?

SEQ000022

# Agenda

1. Angle Chase

2. CW - Proofs (pg. 4)

3. Notes - pg.27 & 28

4. Unit 2 Quiz

   -Break-

5. Slope Practice

## Learning objectives:

- I can identify if triangles are congruent by SSS, SAS, AAS, or ASA.

## Vocabulary
- SSS
- SAS
- ASA
- AAS

SEQ000023

# Complete page 4 of the Intro go proof classwork

Each pair of triangles are congruent -Write a congruence statement AND determine why they are congruent.



Δ_____ ≅ Δ _____ by

❏ SSS    ❏ SAS

❏ AAS    ❏ ASA



Δ_____ ≅ Δ _____ by

❏ SSS    ❏ SAS

❏ AAS    ❏ ASA



Δ_____ ≅ Δ _____ by

❏ SSS    ❏ SAS

❏ AAS    ❏ ASA



Δ _____ ≅ Δ _____ by

❏ SSS    ❏ SAS

❏ AAS    ❏ ASA



Δ _____ ≅ Δ _____ by

❏ SSS    ❏ SAS

❏ AAS    ❏ ASA



Δ _____ ≅ Δ _____ by

❏ SSS    ❏ SAS

❏ AAS    ❏ ASA



05:00

SEC000024

# Logic - and evidence/reasoning for making conclusions.

**The New York Times**

N.Y. Business Opinion Science Health Sports Arts Books Style Food Travel Magazine Real Estate    Cooking The Athletic Wirecut

LIVE    House Speaker Election Just Now    Israel-Hamas War 4m ago

## Israeli Strike Kills Hundreds in Hospital, Palestinians Say

 

## At Least 500 Dead in Strike on Gaza Hospital, Palestinians Say

 

## At Least 500 Dead in Blast at Gaza Hospital, Palestinians Say

1,340

Why logic matters and using reasons to be the basis for conclusions?

Teacher comments to class: Look at the change in the headlines over the period of 24 hours. While you may not need to prove triangles in life, we study it to understand how we need to make statements and reasons to lead to conclusions.

**The New York Times**

THURSDAY, OCTOBER 19, 2023          $4.00



*U.S. BACKS ISRAEL, AS CAUSE OF BLAST REMAINS DISPUTED*

Biden Urges Caution    Vow of $100 Million
in War on Hamas       to Aid Palestinians

SEQ000025

# Notes - pg. 27 & 28

| Things to look for to prove triangles are congruent | | |
|---|---|---|
| **Shared sides**<br><br>(or angles, which are rare) | <br><br>**Prove** $\triangle BAR \cong \triangle RTB$ | <table><tr><th>Statement</th><th>Reason</th></tr><tr><td></td><td></td></tr><tr><td></td><td></td></tr><tr><td></td><td></td></tr><tr><td></td><td></td></tr></table> |
| **For Practice, complete proofs on Page 1 of Proof Packet** | | |

SEQ000026

# What do you do when DONE with Quiz?

1.) Turn in Quiz into the Basket

2.) Pick up BLUE slope practice and work on

3.) Then you can work on HW Review Quiz-4



SEQ000027

# 5 minute break

If you were **LATE** to class - no break

If you are **LONGER** than 5 minutes, no bathroom privileges for a week.



SEQ000028

# Determine SLOPE

## Finding Slope

Name

### Determine the slope and y-intercept for each graph







y-intercept = 1

Slope = $\frac{down\ 1}{right\ 2} = \frac{1}{2}$

y-intercept = _____

Slope = _____

y-intercept = _____

Slope = _____

SEQ000029

# Determining if triangles are congruent

| CW Unit 2: Color Congruent Triangles | Name(s): | Per: |
|---|---|---|

**Directions:** *Color the triangle pairs or trios that are congruent THEN complete the congruence statement and by what reason (shortcut) they are congruent. You will need 4 colors*
→ **FIGURES ARE NOT DRAWN TO SCALE**
→ **There are 5 triangles that are NOT Congruent**



$\Delta A \cong$ ____

by _____

$\Delta B \cong$ ____ $\cong$ ____

by _____

$\Delta C \cong$ ____

by _____

$\Delta D \cong$ ____ $\cong$ ____

by _____

**5 triangles which are not congruent to the others.  LIST the triangles.**

SEQ000030

# Apply the importance of a congruence statement letter order

Given ΔABC ≅ ΔDEF, which statement is NOT true?

○  AB ≅ DE

○  perimeter of ΔABC = perimeter of ΔDEF

○  BC ≅ DF

○  m∠C = m∠F

○  area of ΔABC = area of ΔDEF

SEQ000031

Given three measurements (length), which set would make a triangle with the largest **PERIMETER**?

Triangle 1:
15 cm,  7.7 cm & 5.8 cm

Triangle 2:
13 cm,   5.8 cm  &   5.8 cm

Triangle 3:
10.8 cm,  9.4 cm,  &   5.8 cm

Put you and your partners answer on a post note and stick it to the front board (Geometry side)

*Hypothesize your answer to each and we will come back to these and see if we are correct.*

SEQ000032

Using the given measurements for the length of the different triangles - build your triangles.

Triangle 1:
15 cm,  7.7 cm & 5.8 cm

Triangle 2:
13 cm,   5.8 cm  &   5.8 cm

Triangle 3:
10.8 cm,  9.4 cm,  &   5.8 cm

Blue 13 centimeters
Yellow 10.8 cn
Purple 7.7
Red 15 cm
Green  9.4
Orange 5.8

Did you post the correct answer?

SEQ000033

# What to do when done

1) Turn in "CW Unit 2: Sorting Congruent Triangles" to basket
   a) Make sure YOUR NAME and your PARTNER's NAME is on it
2) Work on your HW for tonight (on paper and upload to canvas when done:



SEQ000034

Naguib Mahfouz Nobel Prize Acceptance Speech (1988)

Ladies and Gentlemen,

To begin with I would like to thank the Swedish Academy and its Nobel committee for taking notice of my long and perseverant endeavours, and I would like you to accept my talk with tolerance. For it comes in a language unknown to many of you. But it is the real winner of the prize. It is, therefore, meant that its melodies should float for the first time into your oasis of culture and civilization. I have great hopes that this will not be the last time either, and that literary writers of my nation will have the pleasure to sit with full merit amongst your international writers who have spread the fragrance of joy and wisdom in this grief-ridden world of ours. [...]

I am the son of two civilizations that at a certain age in history have formed a happy marriage. The first of these, seven thousand years old, is the Pharaonic civilization; the second, one thousand four hundred years old, is the Islamic one. [...]

You may be wondering: This man coming from the third world, how did he find the peace of mind to write stories? You are perfectly right. I come from a world labouring under the burden of debts whose paying back exposes it to starvation or very close to it. Some of its people perish in Asia from floods, others do so in Africa from famine. In South Africa millions have been undone with rejection and with deprivation of all human rights in the age of human rights, as though they were not counted among humans. In the West Bank and Gaza there are people who are lost in spite of the fact that they are living on their own land; land of their fathers, grandfathers and great grandfathers. [...] Surrounding them are 150 million Arabs following what is happening in anger and grief. This threatens the area with a disaster if it is not saved by the wisdom of those desirous of a just and comprehensive peace.

Yes, how did the man coming from the Third World find the peace of mind to write stories? Fortunately, art is generous and sympathetic. In the same way that it dwells with the happy ones it does not desert the wretched. It offers both alike the convenient means for expressing what swells up in their bosom.

In this decisive moment in the history of civilization it is inconceivable and unacceptable that the moans of Mankind should die out in the void. There is no doubt that Mankind has at last come of age, and our era carries the expectations of *entente*[1] between the Super Powers. The human mind now assumes the task of eliminating all causes of destruction and annihilation. And just as scientists exert themselves to cleanse the environment of industrial pollution, intellectuals ought to exert themselves to cleanse humanity of moral pollution. It is both our right and duty to demand of the big leaders in the countries of civilization as well as their economists to affect a real leap that would place them into the focus of the age.

---

[1] **Entente**: a friendly understanding or informal alliance between states or factions

SEQ000035

In the olden times every leader worked for the good of his own nation alone. The others were considered adversaries, or subjects of exploitation. There was no regard to any value but that of superiority and personal glory. For the sake of this, many morals, ideals and values were wasted; many unethical means were justified; many uncounted souls were made to perish. Lies, deceit, treachery, cruelty reigned as the signs of sagacity[2] and the proof of greatness. Today, this view needs to be changed from its very source. Today, the greatness of a civilized leader ought to be measured by the universality of his vision and his sense of responsibility towards all humankind. The developed world and the Third World are but one family. Each human being bears responsibility towards it by the degree of what he has obtained of knowledge, wisdom, and civilization. I would not be exceeding the limits of my duty if I told them in the name of the Third World: Be not spectators to our miseries. You have to play therein a noble role befitting your status. From your position of superiority you are responsible for any misdirection of animal, or plant, to say nothing of Man, in any of the four corners of the world. We have had enough of words. Now is the time for action. [...] We are in the age of leaders responsible for the whole globe. Save the enslaved in the African south! Save the famished in Africa! Save the Palestinians from the bullets and the torture! Nay, save the Israelis from profaning their great spiritual heritage! Save the ones in debt from the rigid laws of economy! Draw their attention to the fact that their responsibility to Mankind should precede their commitment to the laws of a science that Time has perhaps overtaken.

In spite of all what goes on around us I am committed to optimism until the end. [...] Good is achieving victory every day. It may even be that Evil is weaker than we imagine. In front of us is an indelible[3] proof: were it not for the fact that victory is always on the side of Good, hordes of wandering humans would not have been able in the face of beasts and insects, natural disasters, fear and egotism, to grow and multiply. They would not have been able to form nations, to excel in creativeness and invention, to conquer outer space, and to declare Human Rights. The truth of the matter is that Evil is a loud and boisterous debaucherer[4], and that Man remembers what hurts more than what pleases. Our great poet Abul-'Alaa' Al-Ma'ari was right when he said:

"A grief at the hour of death

Is more than a hundred-fold

Joy at the hour of birth."

I finally reiterate my thanks and ask your forgiveness.

*What does Mahfouz seem to value? How does he communicate these values?*

*What is his message to his Western audience?*

---

[2] Sagacity: the quality of being wise or intelligent
[3] Indelible: not able to be forgotten or removed
[4] Debaucherer: someone who overly indulges in sensual pleasures

SEQ000036