# EXHIBIT 3

Name: _____ Period: 2nd  18/20

# Israel – Palestine Conflict Vocabulary Quiz

Write the letter of the matching definition in the blank.

1. **P** Palestine
2. **H** Zionism
3. **D** anti-semitism
4. **I** checkpoint
5. **Q** the Holocaust
6. **A** the Nakba
7. **N** refugee camp
8. **E** intifada
9. ~~C~~ / **G** the Occupied Territories
10. **C** the Gaza Strip

A. The Arabic word for catastrophe. For Palestinians, this word describes when more than 700,000 Palestinians fled or were expelled from their homes in the 1948 war that followed the formation of the state of Israel.

B. This structure, built by the Israeli government, divides Palestinian land in the West Bank and Jerusalem from Israeli land and is illegal according to international law

C. The areas of Palestine that have been taken over and controlled by Israel since the 1967 War

D. Anti- Jewish racism

E. This is the Arabic word for uprising.

F. The language spoken by the majority of Israelis

G. The takeover of land by force by Jewish Israeli citizens in the Occupied Territories with Israeli government support. This takeover of Palestinian land is not legal, according to the United Nations.

H. The political movement of the Jewish diaspora to create a new Jewish state in the holy land

I. The crossings where the Israeli Defense Forces regulate who goes in and out of the Occupied Territories. Israeli citizens can generally cross freely, while Palestinians must show IDs and submit to searches

11. __L__ diaspora

12. __C__ settlement

13. __K__ the West Bank

14. __F__ Hebrew

15. __T__ apartheid

16. __M__ Israel

17. __R__ islamophobia

18. __B__ separation wall

19. __J__ Fatah

20. __S__ Hamas

J. This is one Palestinian political party which is more willing to compromise with Israel.

K. This is one part of Palestinian land that is now known as one part of the Occupied Territories. It lies on Western shore of the Jordan River.

L. This is the word given to a people that have been scattered from their homeland, usually by force.

M. The name for the Jewish country that includes the holy land. The United Nations established this country in 1947.

N. The areas where Palestinians fleeing from the 1948 war were obligated to live on an emergency basis – these areas ended up becoming permanent with very high poverty rates

O. This is one part of Palestinian land that is now known as one part of the Occupied Territories. It is a narrow bit of land that lies on the coast of the Mediterranean Sea.

P. The name given to the Arab lands that include the holy land. The United Nations established this land as a country in 1947. All of these lands are currently occupied by Israel.

Q. The genocide that occurred in Europe during World War II that resulted in the murder of over 6 million Jews by the Nazis

R. Anti-Muslim discrimination and racism

S. This is one Palestinian political party which is continuing to fight against Israel.

T. This word comes from the Dutch colonizers in South Africa and means "separateness" in Dutch. The word was used to describe the system of racism and racial separation between White South Africans and Black South Africans.