# EXHIBIT 4

/

Name ████████████████████████     Period ___/nsk___    78/100

# World History Final Exam Semester 1 2023

*Answer each question with a <u>minimum of 3 sentences</u> and a <u>maximum of 5 sentences</u>. Make sure you answer <u>all</u> of <u>the different parts of each question</u>.*

1. Using the Global Data Statistics (Life Expectancy, Adult Literacy, Population Growth Rate, GDP per capita), give a definition for developed countries. <u>Give an example of a developed country.</u> Again using the Global Data Statistics, give a definition for developing countries. <u>Give an example of a developing country.</u> What are the historical reasons why we have rich countries and poor countries in the world today?

   A developed country is a country that has a high life expectancy rate, high adult literacy rate, low population growth rate, and a high GDP. An example of a developed country is America. An example of a developing country is Afghanistan, meaning a country that has a low life expectancy, adult literacy, high population growth rate, and a low GDP. The reasons why some countries are richer are due to Geography, which impacts amount of food and crops.

2. How did the Spanish conquer the Aztec Empire? Give as much detail as possible.

   *[teacher note: no, the history is the conquest of the Inca empire]*

   The Spanish surprise attacked them. They (gave?) one chance to convert to Catholicism, and when the Aztec leader refused, they went on horses and killed the majority of the Aztecs. Then, they captured the Aztec leader and told him that if he orders the rest of his people to melt all of their gold and give it to the Spanish, he will be freed. After the gold was melted, the Spanish killed the leader.

   *[teacher note: the Aztecs were enslaved.]*

3. What is colonialism? Who was colonized? Who did the colonizing? How did colonialism change the world?

   Colonialism is a system where one country (maintains) military control over overseas lands. An example of a colonized country is America, which was colonized by European explorers who colonized the Native Americans (Arawaks). Colonialism changed the world by resulting in many countries coming to existence through colonizing others.

61

4. What does Eduardo Galeano mean when he says, "Latin America is the region of open veins"? Explain how Galeano describes the position of Latin America in the development of worldwide industrialization and capitalism. What is neo-colonialism? Which country today directs the neo-colonial control over Latin America, according to Galeano?

10 Galeano means that Latin America is still healing from being colonized. He states that Latin America is existing at the service of others' needs, meaning that Latin America is not profiting much from how much is being extracted from their lands. Neo-colonialism means "New Colonialism", the colonialism that is extracting wealth in recent years. According to Galeano, the country that is directing most of the control over Latin America is the United States.

= 5x

5. Use your Guns, Germs and Steel Part 1 The Haves and Have Nots Cornell Notes to help you answer this question. Many historians (including many European colonizers themselves) have maintained a racist understanding of the reasons for colonization. These racist accounts of the colonization of Latin America, Africa, Asia and Polynesia by Europeans usually include the racist ideas that Europeans are superior to non-Europeans and that non-Europeans are inferior to Europeans. These racist ideas frequently lead to the false idea that European colonization was a "natural" or inevitable outcome and that European colonization of the world was conducted to "help" the non-Europeans.
Explain Jared Diamond's hypothesis in Guns, Germs and Steel Part 1 about why some societies developed so much material wealth and other societies didn't. Does Jared Diamond's hypothesis support the racist accounts of colonization or does it provide a counternarrative in opposition to the racist accounts of colonization? Give evidence to support your claim.

7 Jared Diamond's hypothesis provides a counternarrative to the racist stereotypes against non-europeans. Diamond does this by stating that the reason why some non-european countries aren't as advanced is due to Geography and the non-european countries "Not having the luck to certain crops that grow in your area."

44

6. What are the beliefs and practices of Islam? How is Islam similar to Judaism and Christianity? Give at least 3 detailed and non-superficial ways that Islam is similar to Judaism and Christianity.

Muslims believe in God named "Allah", whom they pray to multiple times a day. They also believe that if you ~~don't~~ follow God's words, you will go to hell, but if you do, you will be rewarded with paradise. The Muslims follow a holy book called the Koran, as well as the Five Pillars of Islam. Islam, Judaism, and Christianity all follow a sacred book written <u>not all</u> ~~thousands~~ of years ago as well as believing in only one God and believing in an afterlife.

[marked "7"]

7. Where is Malala Yousafzai from? What happened to her? What did she say about Islam in her Nobel Peace Prize acceptance speech? About which issue does she speak out publicly and how is this issue connected to her understanding of Islam?

[marked "10"]

Malala is from Pakistan. She was targetted for speaking out against the Taliban and how there is not enough education for girls, and as a result, was shot by the Taliban. Malala said that terrorists were misusing the name of Islam. She spoke out about how children are being forced into labor & denied an education. This connects to her understanding of Islam by valuing the first word of the Quran, "Read!"

8. What were the events that led to the formation of the state of Israel, the Nakba, and the beginning of the conflict between Israel and Palestine? Explain in your opinion how much responsibility European colonial powers and specifically the United Kingdom have for causing this conflict.

The holocaust was a major event that led to the formation of the state Israel. The Nakba occured after Jews came to Israel & war started between the two. I believe that United Kingdom has a good amount of responsibility. I feel like the UK could have done more to ensure that there would not be a war.

[marked "19"]

9. Describe the Occupied Territories, who is occupying these territories and who is living under this occupation. Describe what life is like for the people living under occupation, giving at least 3 specific examples.

9. The Occupied Territories are the areas of Palestine that have been taken over by Israel in which Palestinians live in. For the people living under occupation, they live in poverty (Sonabel from Promises,) live 'around' walls, & do not have much freedom to go in and out of the checkpoints.

10. What is the separation wall? Why did the Israeli government build the separation wall? How does the separation wall affect the lives of Palestinians? What did the International Court of Justice say about the separation wall? How did the Israeli government respond to the International Court of Justice's decision?

10. The Separation Wall is a 459 mile long wall that separates Israel & Palestine. The wall was built to ensure safety for the Israelis against terrorist attacks. The Separation wall makes it hard for Palestinians to go places like work & the hospital. The International Court of Justice did not agree with the separation wall, but Israel did not comply with their rulings.