# EXHIBIT 6

REQUEST FOR RECONSIDERATION OF INSTRUCTIONAL MATERIALS

This form is for use only by district employees, district residents, or parents/guardians of children enrolled in a district school to challenge the content or use of an instructional material. For complaints regarding sufficiency of instructional materials, please use the Williams Uniform Complaint Procedure complaint form.

Date: Today's date is 1/27/2024, but the first time I formally requested the materials was on 12/9/2023.  I have made subsequent written requests since then.


Name of person filing complaint: Sam Kasle

Anonymous complaints will not be accepted (this is anything but anonymous).

Group.represented.(if any): Kasle Family and to some extent Jews and anyone who believes that the truth, as best we can manage, should be taught in schools in an unbiased manner; supporters of our civil rights. My daughter, ███, was in the class when the false and objectionable material was presented.

Phone: ███████████ texts preferred, but you can also call of course.

E-mail address, if any: ███████████████

Address: ███████████████████████████

Material Being Challenged: The entirety of the multi-media materials and oral lessons Greg Gruszynski developed, curated, self-approved and presented to his 10th grade World History class in the fall of 2023 relating to Judaism, Christianity, Islam, the history of the Middle East and the current Hamas-Israeli war.

Title: Multiple and unknown

Author: Mostly unknown despite my repeated requests of and refusals by the teacher, Greg Gruszynski, who gathered and provided the objectionable material to his students, including my daughter. Both Mr. Gruszynski and the Woodside administration refused to provide the multimedia classroom materials and the **sources for that material, including** the oral teaching and discussion led by this teacher.

Publisher: Greg W, et al.

Date of Edition: Greg claims to have been doing this for 20 years (quote from recent school board meeting)… that's a lot of misinformation - assuming just one class a year, with 30 students, likely 600-1000 students have been exposed to this type of miseducation.  The number is likely much higher as Greg teaches multiple classes and shares the material with other teachers.  The true number could be easily and well north of 5,000 students and faculty.

Name of school/classroom material was used: another question that has been left unanswered by Mr. Gruszynski and the Woodside High School administration - I only have direct knowledge of the materials my daughter brought home and her recollections and descriptions of what was presented in school - but based on email exchanges this curriculum is being used by other teachers.  Greg's class was World History 10th grade.

 1. Please specifically state the nature of your concern or objection and identify your objection by page, tape sequence, video frame, or words, as appropriate. You may use additional pages if necessary.

Providing a detailed list of the inaccuracies is an abusive request and misunderstands or misrepresents the severity of the situation.  For one, there are errors of OMISSION.  Secondly, the materials contain AHISTORICAL, factually inaccurate material.   There are errors of SCOPE as the lessons relate to the relevant state guidelines, there are errors of BIAS as revealed in the materials which I have from my daughter and which she directly experienced, as well as did the entire class of students.  There were errors in APPROVAL & OVERSIGHT, and then of course there are the errors that this question specifically points to, but these are mere signposts of the outrageously flawed and biased material presented, not in and of themselves the core issue.  In essence, if these factual inaccuracies were remedied, the material would still be defunct, the process uncorrected, and the behavior or the teacher and the administration unresolved:

**Examples One through Five:**
Vocab matching test.
Term: "Palestine"
Greg's answer: "The name given to the Arab lands that include the holy land. The United Nations established this land as a country in 1947. All of these lands are currently occupied by Israel."

#1 'Arab Lands' - historically loose at best and negates Jews as an indigenous people to Israel whose presence in the region is 3300 years old. Use of this term appears to be a way of associating  the  Palestinians to the land, despite the appearance of a people who began to be known as Palestinians did not appear for several thousand years after Jews inhabited the land, as revealed through archeology, history and literature. The effort to create the impression, that the Jews are usurpers and the Palestinians are the indigenous people in the

region was one of the underlying themes throughout the time Mr. Gruszynski taught this lesson, which is an affront both to me, my family and my people, but to history.

#2 UN est. as a country - Palestine is a UN recognized Observer, but so are NGOs; Palestine is not now and has never been a country or a separate sovereign entity. It was the term used to refer to the region in the Middle East following the collapse of the Ottoman Empire. In November, 2012 the UN granted Palestine non-member observer status.

.

#4 currently occupied by Israel - Article 42 of the Hague Regulations of 1907, states "Territory is considered occupied when it is actually placed under the authority of a hostile army." Whoa… this negates Israel as a sovereign country; its rewrites the history (including the Six-Day War) from a defensive action to an offensive action; continues the libel of "IOF", where anti-Israeli propagandists call the Israeli Defense Force, the Israeli Occupation Force.  Please google "denialism" as a common tactic of anti-semites - from Holocaust denial to Oct 7th denial, to the denial that Jesus was a Jew.  And I want to say clearly, the denialism throughout the material and how it was taught is/was problematic.

#5 These "facts" were tested.  A teacher tests material that is core to the section that needs to be remembered - "if you remember just one thing from my class..."  This demonstrated FOCUSED INTENT as Greg curated or created these materials without reference to recognized historical documents or sources and then used the material he selected–with great bias aforethought–which was then the basis upon which he graded his exams and quizzes.

Throughout my repeated requests for the material used in this class I have repeatedly been told that we have received "75%" of the material in Greg's possession for my daughter's 10th Grade World History class. But the material we do have is replete with omissions, inaccuracies and bias.

**Example 6 & 7:**
"Introduction About Christianity" handout
First page, second paragraph, third sentence.
"During his life he [Jesus] traveled around northern Palestine…"
#6 The land at the time was known as Judea - OMISSION & INACCURACY
#7 Palestine was not a written word, a historical word until at least 70 AD.  After Jesus' death.  Just as the Native Americans didn't walk around what they called New York or California in the 1300's.  Dangerous reimagining of our collective past.

2. Did you read/view the entire selection?  I have, and my friends & family have, and a scholar on the subject has multiple times.

3. For what age group would you recommend this material?  None.  I would not recommend ingesting arsenic to any age group.

4. If not, what percentage did you read/view, or what parts? 100% of the material provided; not all materials have been provided even after many many written and direct requests to Woodside administration and Greg.

5. What do you feel might be the result if a student reads/views this

material? Basic misunderstanding of recorded history and most

insidiously anti-semitic beliefs and views.

6. What would you like the school to do about this material?

__ Do not assign it to my child

**_YES_ Withdraw it from all students and faculty immediately until resolved - this request was made nearly two months ago.  Alert the parents and students and faculty impacted by this material. Then let's find a path forward to remediate the damage done, to improve the approval and oversight process, and to limit Greg's ability to inflict harm in the future** (intent is sometimes not relevant)**. I must make clear that not only was my daughter–the only Jewish student in the class–harmed by the teacher's insistence on teaching high school students false and dangerously biased material, but every other student was also harmed by the infliction of antisemitic material presented as truth and so contributing to their development of an antipathy towards Jews and the Jewish state.**

__ Reconsider it

There is nothing inherently wrong with teaching Middle-Eastern history or bringing in current events to show how history is being made today and how the past impacts our present.  I'm taking a  hard line when students are taught in the biased manner Greg has demonstrated (hanging a "Free Palestine" poster in his classroom, wearing Pro-Palestinian t-shirt while teaaching… how do you spell "blatant"?), how the material was created and self approved, the lack of oversight by administration, the lack of response by administration, the scope of the material (6-7 sessions were focused on this section which means the students had reduced access to state mandated material), and the repeated refusal by both the teacher and the teacher's supervisors to provide me with the material I did not yet have or any of the sources for the material that was used in class despite my repeated requests.

Signature of complainant

For District Use:

Request received by:

Date: Title:

Action taken: Date: