# EXHIBIT 9

| | |
|---|---|
| **From:** | Karen van Putten |
| **To:** | Lori Lyle |
| **Cc:** | ▮▮▮▮▮; Shawneece Stevenson; Sathvik Nori; ▮▮▮▮▮; Scott Lyle; Marina Bershteyn; ▮▮▮▮▮; Jen Reif; ▮▮▮▮▮; Cara Klackle; Wendy Porter; Charles Velschow |
| **Subject:** | Re: Woodside TV Live Video - March 21st |
| **Date:** | Friday, March 29, 2024 11:13:46 PM |

Dear Mrs. Lyle and Parents,

This is a follow up to your original email dated March 25, 2024, my response dated March 25, 2024, and your recent email with additional questions dated March 28, 2024. The original questions you asked are listed below with my original responses along with additional information that we gathered:

- **Did the teachers involved know about the content of the segment before it was aired?**

Yes, students in the Digital Filmmaking class have been working on the project since November in collaboration with KQED and the teacher/advisor of the class. Students chose a local, national or global issue and pitched their idea to KQED Education staff, drafted a script which went through several revisions, received feedback and fact checks from WHS teacher/advisor and KQED staff/mentors both in-person on our WHS campus and at the KQED studios. Audio was recorded in the KQED studio and students produced the final products in March.

The video came out of a KQED Youth Media "Call for Change" Challenge:

- In the Call for Change commentary project, students combine a personal connection to an issue with research-based evidence and then express their ideas for how to make the world a better place.

Every year, our journalism and digital film-making students go on a field trip to KQED headquarters in San Francisco and their mentors come and work with our students at WHS. One of the media challenges is this project: *Call for Change*. Students share their footage and record on their professional-grade video and sound equipment, and receive critical feedback.

- **How did the movie get approved for public consumption by the school administration?**

Our journalism and digital filmmaking programs center students' voices and we rely on the instructors to provide guidance and oversight. Woodside HS administration is typically not directly involved in the review process for student projects. In this case of the airing of the student-produced video on March 21st on Woodside TV Live, our teacher/advisor followed the

- **Who reviews and approves the public announcements?**

Woodside TV Live daily announcements is a student-led and student-run organization. Students write the daily scripts for the show, produce all the content and run each episode live daily. Students are assigned deadlines by the teacher/advisor, and students submit rough draft edits of content that is reviewed by peers in the class.  After watching, students suggest feedback that can go into the final edits. Then, those segments included in a video will see the final edit and either approve or disapprove of its publication. These factors are considered before being released on Youtube which is then shared with the staff to show during 4th or 5th period each day.

Outside of the Call for Change project, different student-led clubs and organizations have also produced informational videos. For instance, the Board of Student Affairs (BOSA), Student Leadership class, Robotics Team 100, the Debate Club, Visual and Performing Arts classes, Science Olympiad and the AP Environmental Science class are among some of the groups who have produced videos that are promotional or public service announcements.

- **Have similar announcements been permitted for other marginalized groups?**

In terms of the "Call for Change" project, students got to choose a local or national issue. Not all students chose to represent marginalized groups, but there are other features about marginalized groups. For example, one other video was produced and already aired that addressed the topic of the closure and demise of small businesses in Redwood City. For this project, there have been a variety of topics that students have selected. These features are set to be published on the Woodside TV Live Youtube channel in the coming weeks.

Woodside TV Live is a student-run organization and all students have the opportunity to use the platform to promote or raise awareness on a variety of topics. In previous years, students produced videos that educated or raised awareness around monthly themes such as Black History Month or Women's History Month. Mostly, the daily announcements provide reminders about college rep visits, schedule updates, club meeting info, score reports, upcoming performances and ticket information. Sometimes the content is fun and entertaining while other segments address serious topics. Sometimes the content may offer a perspective, and not one that is wholly representative of the students who produce the daily announcements or that of Woodside High School.

**The following questions are from your follow up email dated March 28:**
The acknowledgement of our letter and the program description that produced the video prompted a few additional questions:

- **Before deciding to align with the KQED Call for Change program, did the**

**school look into the backers / funders of the program?   Did they vet the mentors that work with our kids in any way?**

Woodside High School has been partners with KQED and their Education programs and their Youth Takeover series for several years, a partnership established with retired teacher/advisor Gwen Sidley. We have partnered with KQED in their "Youth Takeover" program providing students with opportunities to promote youth voice and youth media as well as the Call for Change projects. Last year, I had the opportunity to chaperone students on their field trip to KQED to observe first-hand the partnership between the KQED professionals and members of their education department as they worked with our student journalists and filmmakers. No--to my knowledge, we have never felt the need to vet the backers or funders of the program, but you can go directly to their website and find the list of their partners and funders which include the California Department of Education and San Mateo County office of Education: https://www.kqed.org/education/partnerships-and-funders

The KQED Education department has two dedicated staff members who support this work; one Youth Media Program Manager and one Youth Media Specialist who act as advocates, facilitators and producers on Youth Takeover projects and in classrooms and lead the Youth Advisory Board. The Youth Media Team act as intermediaries advocating for student-made content on KQED programs and do not make editorial decisions for what is ultimately broadcast.

- **Who actually created the video?  Was it the students or was it KQED?**

The students created the video from start to finish.

**It has also come to our attention that the journalism and digital filmmaking teachers reached out to the advisors of the JSU and asked to meet with the group, and that a meeting is set to happen this coming Monday (4/1) with the 2 student leaders of the group, the 2 teacher advisors, and the 2 teachers that leverage the KQED Call for Change program in their classroom.  We are now hoping to understand from you the intention of this meeting.  What do the teachers want to achieve by having this meeting?   What do you and the administration hope to achieve during this meeting with our kids?**

The JSU staff advisors, Mr. Filerman and Ms. Thomsen, have shared the main purpose of the meeting is to allow a time and place to hear student concerns and both JSU advisors will be present to facilitate the meeting and ensure that the purpose is met. The teacher/advisor of the Digital Filmmaking class and of Woodside TV Live, Mr. DeBets and Department Chair for the Digital, Visual and Performing Arts (DVPA), Mr. Kauffmann, will be joining the JSU students and any student who wishes to be present to listen to student concerns revolving around the Call for Change segment aired on the March 21 announcements. In a previous JSU club meeting, there was some interest expressed by the students in producing a video of their own and both Mr. DeBets and Mr. Kauffmann will offer support for the students if and when they decide they would like to pursue this option. The students have not expressed that they would like an administrator to be present, and I will honor that. The JSU student leaders are comfortable with going to their club advisors and should they request one of us to participate, we will.

In addition, the following are some reflections and next steps:

Providing the context and preparing the student and staff audience tuning in to Woodside TV Live's series of the KQED assignment: Call for Change would have been helpful. As with any classroom lesson, teachers provide context and prepare their students with social, historical and political context before introducing a perspective that may trigger, hurt or offend students in the audience. This is something we have all been reflective about and are working toward making improvements within the broadcasts. We are preparing a segment that provides the context for the "Call for Change" project and that these videos are showcasing "youth voice" and that we support all students in producing stories reflecting their diverse experiences.

I have suggested inviting students who could offer another perspective from a marginalized community within the parameters of the Call for Change project could be very powerful and positive as a learning opportunity to raise broader awareness of the many student voices of Woodside HS and that Woodside TV Live can continue to address tough topics. The Woodside HS admin team and I are not school leaders who would censor student produced news broadcast or publication; instead, we are committed to working on developing parameters around how we can be teaching and learning partners involved in offering feedback or suggestions to anticipate any potential problems or mitigate any misinformation.

We are committed to working directly with our students and staff to listen and make improvements with "intent" vs. "impact" and address any missed learning and teaching opportunities.

Respectfully,
Karen van Putten



**H. Karen van Putten (she/her/ella)**
**Principal**
Woodside High School | www.woodsidehs.org
199 Churchill Avenue | Woodside, CA  94062
(650) 367-9750 x40010

On Thu, Mar 28, 2024 at 1:13 PM Lori Lyle <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:
> Ms. van Putten:
>
> We are pleased to hear that the administration is in the process of gathering facts about this situation and we look forward to receiving, in writing, the results and parameters of the investigation this coming Friday (tomorrow). We are then looking forward to finding a mutually agreeable time for us to meet to discuss the results and to collaborate on a formal resolution to address what happened and ensure these kinds of incidents do not continue to occur on the WHS campus or community.
>
> The acknowledgement of our letter and the program description that produced the video prompted a few additional questions:
>
> - Before deciding to align with the KQED Call for Change program, did the

school look into the backers / funders of the program?   Did they vet the mentors that work with our kids in any way?

- Who actually created the video?  Was it the students or was it KQED?

Outside of the influence the KQED mentors can have on the students, we also understand from your note that there were WHS teachers who had oversight and approval authority over the video's release.  It seems safe to assume that these teachers either did not see the video as problematic, or their own political ideology took precedence.  Either way, this is concerning.

It has also come to our attention that the journalism and digital filmmaking teachers reached out to the advisors of the JSU and asked to meet with the group, and that a meeting is set to happen this coming Monday (4/1) with the 2 student leaders of the group, the 2 teacher advisors, and the 2 teachers that leverage the KQED Call for Change program in their classroom.  We are now hoping to understand from you the intention of this meeting.  What do the teachers want to achieve by having this meeting?   What do you and the administration hope to achieve during this meeting with our kids?

Our  kids created the JSU to have a safe space that they can share and manage on their own. However, it is important that the administration acknowledges that our kids feel overwhelmed and fearful at times by the ongoing instances of anti-semitism, politically charged one-sided rhetoric and hateful words and actions on campus and within the WHS community.  For this reason, we parents will not tolerate normalizing this situation and will continue to pursue our own discussions with the administration and the school board to ensure that these types of behaviors do not continue to reoccur.

We look forward to getting more information from you tomorrow.

Sincerely,

Lori and Scott Lyle; Woodside parents of 11th grader
Marina and Igor Bershteyn; Woodside parents of 10th grader
Jennifer and Daniel Reif; Woodside parents of 11th grader
Loni and Brent Austin, Woodside parents of 12th grader
Sam and Andrea Kasle, Woodside parents of 12th grader
Sharone and Vadim Spector, Woodside parents of 11th grader
Laurence Marks and Karen Parker, Woodside parents of 10th grader
Lisa Joy Rosner, Woodside parent of 11th grader

Michele and Steve Harkov, Woodside parents of 9th grader
Larry and Shani Pascal, Woodside parent of 9th grader

On Mar 25, 2024, at 3:36 PM, Karen van Putten ▮▮▮▮▮▮▮▮▮ wrote:

Hello Mrs. Lyle and Parents,

Thank you for your detailed and thoughtful email sharing your concerns around the March 21st airing of a student-produced video during our Woodside TV Live Announcements. This is a brief response acknowledging receipt of your email. The admin team has been working with the teacher of the filmmaking classes at Woodside that also produces the Woodside TV Live program since the airing. We have met with a few students who have come in to share their concerns and the admin team scheduled a meeting this afternoon to look into the questions and concerns you shared.

I can provide the following facts about the premise of the video project:

The video came out of a [KQED Youth Media "Call for Change"](#) Challenge:

- In the Call for Change commentary project, students combine a personal connection to an issue with research-based evidence and then express their ideas for how to make the world a better place.

  - Students create an audio or video commentary or an editorial cartoon

  - Great for middle and high school classes in ELA, STEM, Civics, Health and more

Every year, our journalism and digital film-making students go on a field trip to KQED headquarters in San Francisco and their mentors come and work with our students at WHS. One of the media challenges is this project: *Call for Change*. Students share their footage and record on their professional-grade video and sound equipment, and receive critical feedback.

For this project, there have been a variety of topics that students have selected. For example, one other video was produced and already aired that addressed the topic of the closure and demise of small businesses in Redwood City.

The two guest teacher anchors, Ms. Thomsen (co-advisor to the Jewish Student Union) and Ms. Lee did not have any prior knowledge of the video content when they were reading the script introducing the video. As guest anchors, staff members come in to practice one run through and then we go live.

Our journalism and digital filmmaking programs center students' voices and we rely on the instructors to provide guidance and oversight. The instructor vetted the video in its entirety through KQED and at least one department colleague.

Please allow our admin team this week to gather the facts around your questions listed in the email, and I welcome your partnership to collaborate moving forward.

Thank you,

Karen van Putten



**H. Karen van Putten (she/her/ella)**
**Principal**
Woodside High School | www.woodsidehs.org
199 Churchill Avenue | Woodside, CA  94062
(650) 367-9750 x40010

On Mon, Mar 25, 2024 at 9:04 AM Lori Lyle <​​​​​​​​​​​​​​​​> wrote:

Dear Mrs. van Putten and Board:

On Thursday, March 21st, we parents received texts & videos from our distressed kids during the Woodside High School public video announcement.  This announcement, made to all students, contained a segment called "Call for Change." While the voiceover of this segment seemed to imply an anti-hate and anti-islamophobia message, the images and video clips appeared to be "Free Palestine" propaganda.

The announcements were hosted by two Woodside school teachers identifying themselves as Ms. Thomsen and Ms. Lee.  The teachers introduced the segment by mentioning the anniversary of the Civil Rights March led by Martin Luther King from Selma to Montgomery Alabama, telling students to "stay tuned" for a "Call for Change."  In essence, the teachers, or those who wrote the script, seemed to equate the forthcoming activist message as analogous in its moral standing to Martin Luther King's famous civil rights march.

 When finished, the teachers handed the segment over to students

▮ and ▮▮▮▮. The video segment began with a student narrating several islamophobic hate crimes, which was followed by Muslim and/or Arab students and teachers describing their concerns and experiences.

As the video segment progressed, it took an unexpected (and in our view, unacceptable) turn, when it incorporated images and interviews from "Free Palestine" protests, implying that fighting against islamophobia equates to aligning with the Free Palestine movement.

By hijacking this one-sided perspective on the Israeli/Hamas conflict, this type of video does not provide an example of how to combat islamophobia AND is damaging to your Jewish students - our children - who are already dealing with bullying and harassment on campus. In fact, the same teacher who was interviewed and featured as a victim of islamophobia in this video, ironically harassed one of our children the very same day with completely inappropriate and antisemitic remarks.

 Airing this video to the entire school implies that the faculty and administration  endorse this particular movement. And, most troubling of all, it seems some Woodside High School teachers had intimate prior knowledge of the film.  This may not be the case, so we wanted to open up the dialogue.

https://www.youtube.com/live/vj2VYkaUcKE?si=0xugnN5r8E6_HypK

For your reference, throughout the film, several visuals supporting the "Free Palestine" movement can be seen:

05:51 - Call for ceasefire poster with supporters

05:54 - "Israel Bombs, Stanford Profits" poster with supporters

07:12 - Palestinian protest images

07:16 - Images of Gaza war zone and children

07:26 - "Free Palestine" poster and supporters

07:48 - "Free Palestine" poster and supporters

07:55 - Posters "End all US aid to Apartheid Israel" and "Stand with Palestine, End the Occupation Now" with supporters.

07:58 - Poster enters into the frame "Release all Palestinian Political Prisoners"

08:15 - Poster "End the Occupation"

08:16 - Poster "There are no 2 sides to Genocide", "Let Gaza Live"

08:18 and on - More "Free Palestine"

08:20 - Dr. Susan Mather interviewed at Free Palestine protest: *"If it weren't for the youth, I don't think the movement would be as strong as it is right now. I'm going to do my part but I'm depending on the youth to be the leaders in this movement. I think it's your turn and I think you guys are killing it."*

We appreciate and empathize that the student in the film had been a target of hate, but this film is not one of solidarity and peace. This is not a "Call for Change," but rather part of the "Free Palestine" movement that is seemingly being force-fed to the entire school, in every classroom. And whether you (generally speaking) agree with what Israel is doing or not, this type of propaganda is influencing antisemitic attitudes and behaviors HERE in our school district - Woodside, RWC, etc.

Without getting into the history of the region, it is critical to note the following:

> 1. The Free Palestine movement was founded by an Islamic extremist, Yasser Qashlaq and is steadfastly opposed to the existence of Israel. Qashlaq refers to Jews as "human pieces of filth," and "dregs of European garbage."
>
> 2. It's naïve to think Free Palestine means a peaceful one or two state solution. It means the eradication of the Jews. Qashlaq says publicly that Israelis are a "gang of criminal murderers." He explains clearly that "You [Jews] will never be able to make peace with us," because "there is no reason for coexistence." Qashlaq even differentiates his movement from other Arab Palestinian leaders and their followers: "Even if some of our leaders or regimes sign [peace agreements] with you–we will never sign." What Qashlaq promotes, and what Woodside students are calling for, however inadvertently, is actual genocide, or at the very least the complete ethnic cleansing of Jews from the Middle East.
>
> 3. In the US, Free Palestine may call itself a human rights movement, but its origin is seeped in heavy hatred. In the video, the movement is made to look like a "pep rally" and is misrepresentative.

We are extremely concerned as to how this video segment was allowed to be shown and respectfully ask for your response to the following questions:

- Did the teachers involved know about the content of the segment before it was aired?
- How did the movie get approved for public consumption by the school administration?
- Who reviews and approves the public announcements?
- Have similar announcements been permitted for other marginalized

groups?

If the intention of the video was to promote peace and the coming together of our student body in pursuit of change, the images in the video should have looked very different. We look forward to working with you on how to offer an alternate view for those members of the Woodside community who have been deeply pained by what was shown, and others who have been grossly misinformed about the reality of what they were shown in this video.

We would like to request a meeting to discuss this in person. Ideally, we can work together towards a collaborative plan to address this.

Sincerely,


Lori and Scott Lyle; Woodside parents of 11th grader

Marina and Igor Bershteyn; Woodside parents of 10th grader

Jennifer and Daniel Reif; Woodside parents of 11th grader

Loni and Brent Austin, Woodside parents of 12th grader

Sam and Andrea Kasle, Woodside parents of 12th grader

Sharone and Vadim Spector, Woodside parents of 11th grader

Laurence Marks and Karen Parker, Woodside parents of 10th grader

Lisa Joy Rosner, Woodside parent of 11th grader

Michele and Steve Harkov, Woodside parents of 9th grader

Larry and Shani Pascal, Woodside parent of 9th grader