AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SAM KASLE, et al.<br>(see attached caption page)<br><br>*Plaintiff(s)*<br>v.<br>KAREN VAN PUTTEN, et al.<br>(see attached caption page)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 3:24-cv-08015-JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment 1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ryan H. Weinstein
> Ropes & Gray LLP
> 10250 Constellation Boulevard
> Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date:  11/18/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT 1
DEFENDANTS TO BE SERVED

Karen Van Putten
Woodside High School
199 Churchill Ave.,
Woodside, CA 94062

Charles Velschow
Woodside High School
199 Churchill Ave.,
Woodside, CA 94062

Wendy Porter
Woodside High School
199 Churchill Ave.,
Woodside, CA 94062

Gregory S. Gruszynski
Woodside High School
199 Churchill Ave.,
Woodside, CA 94062

Karl Losekoot
Menlo-Atherton High School
555 Middlefield Road
Atherton, CA 94027

Crystal Leach
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Bonnie Hansen
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Todd Beal
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Carrie Du Bois
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Richard Ginn
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Amy Koo
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Sathvik Nori
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Shawneece Stevenson
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

| | |
|---|---|
| RYAN H. WEINSTEIN (Cal. Bar No. 240405)<br>ryan.weinstein@ropesgray.com<br>ROPES & GRAY LLP<br>10250 Constellation Boulevard<br>Los Angeles, California 90067<br>Tel: +1 310 975 3310 \| Fax: +1 310 975 3400<br><br>AMY JANE LONGO (Cal. Bar No. 198304)<br>amy.longo@ropesgray.com<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4006<br>Tel: +1 415 315 2301 \| Fax: +1 415 315 6350<br><br>Attorneys for Plaintiffs<br><br>* pro hac vice application pending | LORI LOWENTHAL MARCUS*<br>lorilowenthalmarcus@deborahproject.org<br>JEROME M. MARCUS*<br>jmarcus@deborahproject.org<br>THE DEBORAH PROJECT<br>P.O. Box 212<br>Merion Station, Pennsylvania 19066<br>Tel: +1 610 880 0100 \| Fax: +1 610 664 1559<br><br>GREGG L. WEINER*<br>gregg.weiner@ropesgray.com<br>ALEXANDER B. SIMKIN*<br>alexander.simkin@ropesgray.com<br>ELANA M. STERN*<br>elana.stern@ropesgray.com<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: +1 212 596 9000 \| Fax: +1 212 596 9090 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAM and ANDREA KASLE, as Guardians ad Litem for L.K., a minor; IGOR and MARINA BERSHTEYN, as Guardians ad Litem for S.B., a minor; MARGARETTE KESSELMAN, as Guardian ad Litem for W.K., a minor; SCOTT and LORI LYLE, as Guardians ad Litem for A.L., a minor; DANIEL and JENNIFER REIF, as Guardians ad Litem for O.R., a minor; and LISA JOY ROSNER, as Guardian ad Litem for D.B., a minor,<br><br>        Plaintiffs,<br><br>    v.<br><br>KAREN VAN PUTTEN, CHARLES VELSCHOW, WENDY PORTER, GREGORY S. GRUSZYNSKI, KARL LOSEKOOT, CRYSTAL LEACH, BONNIE HANSEN, TODD BEAL, CARRIE DU BOIS, RICHARD GINN, AMY KOO, SATHVIK NORI, and SHAWNEECE STEVENSON, each in their official and personal capacities,<br><br>        Defendants. | Case No.<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT