UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sam and Andrea Kasle, et al., <br> Plaintiff(s), <br> v. <br> Karen Van Putten, et al., <br> Defendant(s). | Case No. 3:24-cv-08015-JCS <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Lori Lowenthal Marcus, an active member in good standing of the bar of Pennslyvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See Attachment A in the above-entitled action. My local co-counsel in this case is Ryan H. Weinstein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CSB # 240405.

P.O. Box 212, Merion Station, PA 19066
MY ADDRESS OF RECORD

Ropes & Gray LLP
10250 Constellation Boulevard, 21st Floor
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(610) 880-0100
MY TELEPHONE # OF RECORD

(310) 975-3310
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lorilowenthalmarcus@deborahproject.org
MY EMAIL ADDRESS OF RECORD

ryan.weinstein@ropesgray.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 53388.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2024                    /s/ Lori Lowenthal Marcus
                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lori Lowenthal Marcus is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

## **ATTACHMENT A**

Sam and Andrea Kasle, as Guardians ad Litem for L.K., a minor
Igor and Marina Bershteyn, as Guardians ad Litem for S.B., a minor
Margarette Kesselman, as Guardian ad Litem for W.K., a minor
Scott and Lori Lyle, as Guardians ad Litem for A.L., a minor
Daniel and Jennifer Reif, as Guardians ad Litem for O.R., a minor
Lisa Joy Rosner, as Guardian ad Litem for D.B., a minor



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Lori Lowenthal Marcus, Esq.**

DATE OF ADMISSION

**November 17, 1988**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: August 8, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk