RYAN H. WEINSTEIN (Cal. Bar No. 240405)
ryan.weinstein@ropesgray.com
ROPES & GRAY LLP
10250 Constellation Boulevard
Los Angeles, California 90067
Tel: +1 310 975 3310 | Fax: +1 310 975 3400

AMY JANE LONGO (Cal. Bar No. 198304)
amy.longo@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, California 94111-4006
Tel: +1 415 315 2301 | Fax: +1 415 315 6350

Attorneys for Plaintiffs

* pro hac vice

LORI LOWENTHAL MARCUS*
lorilowenthalmarcus@deborahproject.org
JEROME M. MARCUS*
jmarcus@deborahproject.org
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, Pennsylvania 19066
Tel: +1 610 880 0100 | Fax: +1 610 664 1559

GREGG L. WEINER*
gregg.weiner@ropesgray.com
ALEXANDER B. SIMKIN*
alexander.simkin@ropesgray.com
ELANA M. STERN*
elana.stern@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Tel: +1 212 596 9000 | Fax: +1 212 596 9090

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAM and ANDREA KASLE, as Guardians ad Litem for L.K., a minor; IGOR and MARINA BERSHTEYN, as Guardians ad Litem for S.B., a minor; MARGARETTE KESSELMAN, as Guardian ad Litem for W.K., a minor; SCOTT and LORI LYLE, as Guardians ad Litem for A.L., a minor; DANIEL and JENNIFER REIF, as Guardians ad Litem for O.R., a minor; and LISA JOY ROSNER, as Guardian ad Litem for D.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN VAN PUTTEN, CHARLES VELSCHOW, WENDY PORTER, GREGORY S. GRUSZYNSKI, KARL LOSEKOOT, CRYSTAL LEACH, BONNIE HANSEN, TODD BEAL, CARRIE DU BOIS, RICHARD GINN, AMY KOO, SATHVIK NORI, and SHAWNEECE STEVENSON, each in their official and personal capacities,<br><br>Defendants. | Case No. 3:24-cv-08015-JCS<br><br>**PROOFS OF SERVICE** |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SAM KASLE, et al.<br>(see attached caption page)<br><br>*Plaintiff(s)*<br>v.<br>KAREN VAN PUTTEN, et al.<br>(see attached caption page)<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-08015-JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment 1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan H. Weinstein
Ropes & Gray LLP
10250 Constellation Boulevard
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 11/18/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-08015-JCS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT 1
DEFENDANTS TO BE SERVED

Karen Van Putten
Woodside High School
199 Churchill Ave.,
Woodside, CA 94062

Charles Velschow
Woodside High School
199 Churchill Ave.,
Woodside, CA 94062

Wendy Porter
Woodside High School
199 Churchill Ave.,
Woodside, CA 94062

Gregory S. Gruszynski
Woodside High School
199 Churchill Ave.,
Woodside, CA 94062

Karl Losekoot
Menlo-Atherton High School
555 Middlefield Road
Atherton, CA 94027

Crystal Leach
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Bonnie Hansen
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Todd Beal
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Carrie Du Bois
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Richard Ginn
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Amy Koo
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Sathvik Nori
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

Shawneece Stevenson
Sequoia Union High School District
480 James Avenue
Redwood City, CA 94062

| | |
|---|---|
| RYAN H. WEINSTEIN (Cal. Bar No. 240405)<br>ryan.weinstein@ropesgray.com<br>ROPES & GRAY LLP<br>10250 Constellation Boulevard<br>Los Angeles, California 90067<br>Tel: +1 310 975 3310 \| Fax: +1 310 975 3400<br><br>AMY JANE LONGO (Cal. Bar No. 198304)<br>amy.longo@ropesgray.com<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4006<br>Tel: +1 415 315 2301 \| Fax: +1 415 315 6350<br><br>Attorneys for Plaintiffs<br><br>* pro hac vice application pending | LORI LOWENTHAL MARCUS*<br>lorilowenthalmarcus@deborahproject.org<br>JEROME M. MARCUS*<br>jmarcus@deborahproject.org<br>THE DEBORAH PROJECT<br>P.O. Box 212<br>Merion Station, Pennsylvania 19066<br>Tel: +1 610 880 0100 \| Fax: +1 610 664 1559<br><br>GREGG L. WEINER*<br>gregg.weiner@ropesgray.com<br>ALEXANDER B. SIMKIN*<br>alexander.simkin@ropesgray.com<br>ELANA M. STERN*<br>elana.stern@ropesgray.com<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: +1 212 596 9000 \| Fax: +1 212 596 9090 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAM and ANDREA KASLE, as Guardians ad Litem for L.K., a minor; IGOR and MARINA BERSHTEYN, as Guardians ad Litem for S.B., a minor; MARGARETTE KESSELMAN, as Guardian ad Litem for W.K., a minor; SCOTT and LORI LYLE, as Guardians ad Litem for A.L., a minor; DANIEL and JENNIFER REIF, as Guardians ad Litem for O.R., a minor; and LISA JOY ROSNER, as Guardian ad Litem for D.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN VAN PUTTEN, CHARLES VELSCHOW, WENDY PORTER, GREGORY S. GRUSZYNSKI, KARL LOSEKOOT, CRYSTAL LEACH, BONNIE HANSEN, TODD BEAL, CARRIE DU BOIS, RICHARD GINN, AMY KOO, SATHVIK NORI, and SHAWNEECE STEVENSON, each in their official and personal capacities,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Todd Beal
was received by me on *(date)*  11/21/2024  .

☒ I personally served the summons on the individual at *(place)*  Sequoia Union High School District, 480 James Ave, Redwood City, CA 94062, at 3:15 PM   on *(date)*  11/21/2024  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____, a person of suitable age and discretion who resides there, on *(date)*  _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  _____, who is designated by law to accept service of process on behalf of *(name of organization)*  _____ on *(date)*  _____; or

☐ I returned the summons unexecuted because  _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Carrie Du Bois

was received by me on *(date)*   11/21/2024   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Carrie Du Bois, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/22/2024

_____
Server's signature

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Richard Ginn

was received by me on *(date)*  11/21/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Richard Ginn, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gregory S. Gruszynski__
was received by me on *(date)* __11/21/2024__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Gregory S. Gruszynski, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/22/2024__

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Bonnie Hansen

was received by me on *(date)*    11/21/2024

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Bonnie Hansen, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Amy Koo

was received by me on *(date)*  11/21/2024  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Amy Koo, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Crystal Leach

was received by me on *(date)*  11/21/2024  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Crystal Leach, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Karl Losekoot

was received by me on *(date)*   11/21/2024   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Karl Losekoot, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sathvik Nori

was received by me on *(date)*  11/21/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Sathvik Nori, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wendy Porter

was received by me on *(date)* 11/21/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Wendy Porter, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shawneece Stevenson
was received by me on *(date)* 11/21/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Shawneece Stevenson, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Karen Van Putten

was received by me on *(date)*  11/21/2024    .

☐ I personally served the summons on the individual at *(place)*  _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Karen Van Putten, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-08015-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Charles Velschow
was received by me on *(date)*  11/21/2024  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint for Declaration and Injunctive Relief on Todd Beal, Assistant Superintendent, HR Sequoia Union High School District who is designated by appointment to accept service on behalf of Charles Velschow, at 480 James Ave, Redwood City, CA 94062, at 3:15 PM on November 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/22/2024

*Server's signature*

Greg Vartanian, San Mateo County Reg. No. 420
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc: