| | |
|---|---|
| RYAN H. WEINSTEIN (Cal. Bar No. 240405)<br>ryan.weinstein@ropesgray.com<br>ROPES & GRAY LLP<br>10250 Constellation Boulevard<br>Los Angeles, California 90067<br>Tel: +1 310 975 3310<br>Fax: +1 310 975 3400<br><br>AMY JANE LONGO (Cal. Bar No. 198304)<br>amy.longo@ropesgray.com<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4006<br>Tel: +1 415 315 2301<br>Fax: +1 415 315 6350<br><br>Attorneys for Plaintiffs<br><br>* pro hac vice | LORI LOWENTHAL MARCUS*<br>lorilowenthalmarcus@deborahproject.org<br>JEROME M. MARCUS*<br>jmarcus@deborahproject.org<br>THE DEBORAH PROJECT<br>P.O. Box 212<br>Merion Station, Pennsylvania 19066<br>Tel: +1 610 880 0100<br>Fax: +1 610 664 1559<br><br>GREGG L. WEINER*<br>gregg.weiner@ropesgray.com<br>ALEXANDER B. SIMKIN*<br>alexander.simkin@ropesgray.com<br>ELANA M. STERN*<br>elana.stern@ropesgray.com<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: +1 212 596 9000<br>Fax: +1 212 596 9090 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KASLE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>VAN PUTTEN, *et al.*,<br><br>        Defendants. | Case No. 3: 24-cv-08015-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Current CMC Date:**<br>February 21, 2025 at 10:30 a.m.<br><br>**Proposed CMC Date:**<br>February 28, 2025, at 10:30 a.m. |

WHEREAS, on December 3, 2024, the Court entered a Case Management Conference Order (ECF No. 35) scheduling the Case Management Conference in this action to be held on Friday, February 21, 2025 at 10:30 a.m. Pacific Time;

WHEREAS, pursuant to the Case Management Conference Order, the parties' Joint Case Management Statement is presently due by February 14, 2025;

WHEREAS, on December 30, 2024, a Clerk's Notice was entered converting the February 21, 2025 Case Management Conference to a Zoom Webinar meeting;

WHEREAS, Lori Lowenthal Marcus and Jerome M. Marcus, counsel for Plaintiffs, will be out of the country on business on February 21, 2025, and will be without Internet access and therefore unable to attend the Case Management Conference on that date;

WHEREAS, counsel for Plaintiffs have conferred via electronic mail with counsel for the Defendants regarding postponing submission of the Joint Case Management Statement and the Case Management Conference by one week, to February 21, 2025 and February 28, 2025, respectively;

WHEREAS, counsel for the Defendants consent to such postponed dates as set forth above;

NOW, THEREFORE, the parties stipulate and agree, by and through their counsel of record and subject to the Court's approval, to continue the Case Management Conference to February 28, 2025, or on another date as soon thereafter as is practicable for the Court, and accordingly to re-set the deadline for the parties' Joint Case Management Statement to be one week before the Case Management Conference.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

DATED:  January 13, 2025

| ROPES & GRAY LLP | THE DEBORAH PROJECT |
|---|---|
| By: /s/ Ryan H. Weinstein | By: /s/ Lori Lowenthal Marcus |
| Ryan H. Weinstein<br>10250 Constellation Boulevard<br>Los Angeles, California 90067<br>Telephone: +1 310 975 3310<br>Facsimile: +1 310 975 3400<br>ryan.weinstein@ropesgray.com | Lori Lowenthal Marcus*<br>Jerome M. Marcus*<br>P.O. Box 212<br>Merion Station, PA 19066<br>Telephone: +1 610 880 0100<br>Facsimile: +1 610 664 1559<br>lorilowenthalmarcus@deborahproject.org<br>jmarcus@deborahproject.org |

*Attorneys for Plaintiffs*

\* Admitted *pro hac vice*

DATED:  January 13, 2025

DANNIS WOLIVER KELLEY

By: /s/ William B. Tunick

William B. Tunick
Sue Ann Salmon Evans
Ellyn L. Moscowitz
200 California Street, Suite 400
San Francisco, CA 94111
Telephone:  415 543 4111
Facsimile:   415 543 4384
wtunick@dwkesq.com
sevans@dwkesq.com
emoscowitz@dwkesq.com

*Attorneys for Defendants*

2

**[PROPOSED] ORDER**

Pursuant to the parties' joint stipulation, the Case Management Conference in this action is rescheduled to Friday, February 28, 2025 at 10:30 a.m. The parties' Joint Case Management Statement is due by Friday, February 21, 2025.

Dated: January 14, 2025

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

3

**FILER'S ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I, Ryan H. Weinstein, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

DATED: January 13, 2025          By: */s/ Ryan H. Weinstein*
                                         Ryan H. Weinstein