SUE ANN SALMON EVANS, State Bar No. 151562
sevans@DWKesq.com
WILLIAM B. TUNICK, State Bar No. 245481
wtunick@DWKesq.com
ELLYN L. MOSCOWITZ, State Bar No. 129287
emoscowitz@dwkesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA 94111
Telephone: 415.543.4111
Facsimile: 415.543.4384

Attorneys for Defendants
KAREN VAN PUTTEN, CHARLES VELSCHOW, WENDY PORTER, GREGORY S. GRUSZYNSKI, KARL LOSEKOOT, CRYSTAL LEACH, BONNIE HANSEN, TODD BEAL, CARRIE DU BOIS, RICHARD GINN, AMY KOO, SATHVIK NORI, and SHAWNEECE STEVENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAM and ANDREA KASLE, as Guardians ad Litem for L.K., a minor; IGOR and MARINA BERSHTEYN, as Guardians ad Litem for S.B., a minor; MARGARETTE KESSELMAN, as Guardian ad Litem for W.K., a minor; SCOTT and LORI LYLE, as Guardians ad Litem for A.L., a minor; DANIEL and JENNIFER REIF, as Guardians ad Litem for O.R., a minor; and LISA JOY ROSNER, as Guardian ad Litem for D.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN VAN PUTTEN, CHARLES VELSCHOW, WENDY PORTER, GREGORY S. GRUSZYNSKI, KARL LOSEKOOT, CRYSTAL LEACH, BONNIE HANSEN, TODD BEAL, CARRIE DU BOIS, RICHARD GINN, AMY KOO, SATHVIK NORI, and SHAWNEECE STEVENSON, each in their official and personal capacities,<br><br>Defendants. | Case No. 3:24-cv-08015-MMC<br><br>Judge: Hon. Maxine M. Chesney<br><br>**DEFENDANTS' ANSWER TO COMPLAINT**<br><br>Trial: August 24, 2026<br><br>Complaint Filed: November 15, 2024 |

## ANSWER

For their answer to Plaintiffs' Complaint ("COMPLAINT"), Defendants KAREN VAN PUTTEN, CHARLES VELSCHOW, WENDY PORTER, GREGORY S. GRUSZYNSKI, KARL LOSEKOOT, CRYSTAL LEACH, BONNIE HANSEN, TODD BEAL, CARRIE DU BOIS, RICHARD GINN, AMY KOO, SATHVIK NORI, and SHAWNEECE STEVENSON (collectively "Defendants"), admit, deny, and allege as set forth below. The Defendants deny every allegation of the COMPLAINT not specifically admitted in this Answer.

1. Defendants admit they are employees of the Sequoia Union High School District ("District" or "SUHSD") and further admit this lawsuit involves alleged antisemitism at two high schools in the District. Defendants otherwise deny the allegations and characterization of events described in Paragraph 1 of the COMPLAINT.

2. Defendants deny the allegations and characterizations of events described in Paragraph 2 of the COMPLAINT.

3. Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 3 of the COMPLAINT and, therefore, deny them.

4. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 4 of the COMPLAINT and, therefore, deny them.

5. Defendants deny the allegations and characterization of the response to Plaintiffs' concerns in Paragraph 5 of the COMPLAINT.

6. In response to Paragraph 6 of the COMPLAINT, Defendants admit that the District is subject to the subject matter jurisdiction of the COMPLAINT.

7. Defendants admit venue is proper as contained in Paragraph 7 of the COMPLAINT.

8. Defendants admit that the Divisional assignment is correct in Paragraph 8 of the COMPLAINT.

9. Defendants lack sufficient information to admit or deny the allegations in

Paragraph 9 of the COMPLAINT.

10.   Defendants lack sufficient information to admit or deny the allegations in Paragraph 10 of the COMPLAINT.

11.   Defendants lack sufficient information to admit or deny the allegations in Paragraph 11 of the COMPLAINT.

12.   Defendants lack sufficient information to admit or deny the allegations in Paragraph 12 of the COMPLAINT.

13.   Defendants lack sufficient information to admit or deny the allegations in Paragraph 13 of the COMPLAINT.

14.   Defendants lack sufficient information to admit or deny the allegations in Paragraph 14 of the COMPLAINT.

15.   Defendants admit the facts in Paragraph 15 of the COMPLAINT.

16.   Defendants admit the facts in Paragraph 16 of the COMPLAINT.

17.   Defendants admit the facts in Paragraph 17 of the COMPLAINT.

18.   Defendants admit the facts in Paragraph 18 of the COMPLAINT.

19.   Defendants admit the facts in Paragraph 19 of the COMPLAINT.

20.   Defendants admit the facts in Paragraph 20 of the COMPLAINT.

21.   Defendants admit the facts in Paragraph 21 of the COMPLAINT.

22.   Defendants admit the facts in Paragraph 22 of the COMPLAINT.

23.   Defendants deny the facts in Paragraph 23 of the COMPLAINT.

24.   Defendants admit the facts in Paragraph 24 of the COMPLAINT.

25.   Defendants admit the facts in Paragraph 25 of the COMPLAINT.

26.   Defendants admit the facts in Paragraph 26 of the COMPLAINT.

27.   Defendants admit the facts in Paragraph 27 of the COMPLAINT.

28.   Defendants admit the facts in Paragraph 28 of the COMPLAINT.

29.   Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 29 of the COMPLAINT and, therefore, deny them.

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

30. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 30 of the COMPLAINT and, therefore, deny them.

31. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 31 of the COMPLAINT and, therefore, deny them.

32. Defendants admit the allegations of Paragraph 32 of the COMPLAINT.

33. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 33 of the COMPLAINT and, therefore, deny them.

34. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 34 of the COMPLAINT and, therefore, deny them.

35. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 35 of the COMPLAINT and, therefore, deny them.

36. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 36 of the COMPLAINT and, therefore, deny them.

37. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 37 of the COMPLAINT and, therefore, deny them.

38. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 38 of the COMPLAINT and, therefore, deny them.

39. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 39 of the COMPLAINT and, therefore, deny them.

40. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 40 of the COMPLAINT and, therefore, deny them.

41. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 41 of the COMPLAINT and, therefore, deny them.

42. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 42 of the COMPLAINT and, therefore, deny them.

43. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 43 of the COMPLAINT and, therefore, deny them.

44. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 44 of the COMPLAINT and, therefore, deny them.

45. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 45 of the COMPLAINT and, therefore, deny them.

46. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 46 of the COMPLAINT and, therefore, deny them.

47. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 47 of the COMPLAINT and, therefore, deny them.

48. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 48 of the COMPLAINT and, therefore, deny them.

49. Defendants lack knowledge or information sufficient to form a belief as to the

truth, accuracy, and characterization of the allegations in Paragraph 49 of the COMPLAINT and, therefore, deny them.

50. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 50 of the COMPLAINT and, therefore, deny them.

51. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 51 of the COMPLAINT and, therefore, deny them.

52. Defendants deny all allegations in Paragraph 52 of the COMPLAINT.

53. Defendants deny all allegations of Paragraph 53 of the COMPLAINT.

54. Defendants deny all allegations in Paragraph 54 of the COMPLAINT.

55. Defendants deny all allegations in Paragraph 55 of the COMPLAINT.

56. Defendants deny all allegations in Paragraph 56 of the COMPLAINT.

57. Defendants deny all allegations in Paragraph 57 of the COMPLAINT.

58. Defendants deny all allegations in Paragraph 58 of the COMPLAINT.

59. Defendants deny all allegations in Paragraph 59 of the COMPLAINT.

60. Defendants deny all allegations in Paragraph 60 of the COMPLAINT.

61. As to paragraph 61 of the COMPLAINT, Defendants admit a symbol was drawn on the pavement at Woodside High School, but Defendants can neither affirm nor deny the remaining allegations in paragraph 61 of the COMPLAINT.

62. Defendants deny the allegation in Paragraph 62 of the COMPLAINT.

63. Defendants deny the allegations of Paragraph 63 of the COMPLAINT.

64. Defendants deny all allegations in Paragraph 64 of the COMPLAINT.

65. Defendants deny all allegations in Paragraph 65 of the COMPLAINT.

66. Defendants deny all allegations in Paragraph 66 of the COMPLAINT.

67. Defendants deny all allegations in Paragraph 67 of the COMPLAINT.

68. Defendants deny all allegations in Paragraph 68 of the COMPLAINT.

69. Defendants admit Paragraph 69 of the COMPLAINT.

70. Defendants deny Paragraph 70 of the COMPLAINT.
71. Defendants deny Paragraph 71 of the COMPLAINT.
72. Defendants deny Paragraph 72 of the COMPLAINT.
73. Defendants deny Paragraph 73 of the COMPLAINT.
74. Defendants deny Paragraph 74 of the COMPLAINT.
75. Defendants deny Paragraph 75 of the COMPLAINT.
76. Defendants deny Paragraph 76 of the COMPLAINT.
77. Defendants deny Paragraph 77 of the COMPLAINT.
78. Defendants deny Paragraph 78 of the COMPLAINT.
79. Defendants deny Paragraph 79 of the COMPLAINT.
80. Defendants deny Paragraph 80 of the COMPLAINT.
81. Defendants deny Paragraph 81 of the COMPLAINT.
82. Defendants deny Paragraph 82 of the COMPLAINT.
83. Defendants deny Paragraph 83 of the COMPLAINT.
84. Defendants deny Paragraph 84 of the COMPLAINT.
85. Defendants deny Paragraph 85 of the COMPLAINT.
86. Defendants deny Paragraph 86 of the COMPLAINT.
87. Defendants deny Paragraph 87 of the COMPLAINT.
88. Defendants deny Paragraph 88 of the COMPLAINT.
89. Defendants deny Paragraph 89 of the COMPLAINT.
90. Defendants deny Paragraph 90 of the COMPLAINT.
91. Defendants deny Paragraph 91 of the COMPLAINT.
92. Defendants deny Paragraph 92 of the COMPLAINT.
93. Defendants deny Paragraph 93 of the COMPLAINT.
94. Defendants deny Paragraph 94 of the COMPLAINT.
95. Defendants deny Paragraph 95 of the COMPLAINT.
96. Defendants deny Paragraph 96 of the COMPLAINT.
97. Defendants deny Paragraph 97 of the COMPLAINT.

| | |
|---|---|
| 98. | Defendants deny Paragraph 98 of the COMPLAINT. |
| 99. | Defendants deny Paragraph 99 of the COMPLAINT. |
| 100. | Defendants deny Paragraph 100 of the COMPLAINT. |
| 101. | Defendants deny Paragraph 101 of the COMPLAINT. |

102. Defendants deny allegations in Paragraph 102 of the COMPLAINT, except as to the slide shown, which Defendants admit.

103. Defendants admit Paragraph 103 of the COMPLAINT.

104. Defendants can neither admit nor deny Paragraph 104 of the COMPLAINT.

105. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 105 of the COMPLAINT and, therefore, deny them.

106. Defendants deny Paragraph 106 of the COMPLAINT due to the characterization of the facts.

107. Defendants deny Paragraph 107 of the COMPLAINT due to the characterization of the facts.

108. Defendants deny Paragraph 108 of the COMPLAINT.

109. Defendants deny Paragraph 109 of the COMPLAINT.

110. Defendants deny Paragraph 110 of the COMPLAINT.

111. Defendants deny Paragraph 111 of the COMPLAINT.

112. Defendants deny Paragraph 112 of the COMPLAINT.

113. Defendants deny Paragraph 113 of the COMPLAINT.

114. Defendants admit the first sentence in Paragraph 114 of the COMPLAINT and denies the rest of the paragraph due to the characterization of certain facts.

115. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 115 of the COMPLAINT and, therefore, deny them.

116. Defendants deny Paragraph 116 of the COMPLAINT

117. Defendants deny Paragraph 117 of the COMPLAINT.

118. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 118 of the COMPLAINT and, therefore, deny them.

119. Defendants deny Paragraph 119 of the COMPLAINT

120. Defendants lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 120 of the COMPLAINT and, therefore, deny them.

121. Defendants deny all allegations of Paragraph 121 of the COMPLAINT.

122. Defendants admit this is what the UCP complained of, but deny the facts contained in the UCP, in Paragraph 122 of the COMPLAINT.

**First Cause of Action**

123. Paragraph 123 of the COMPLAINT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements and allegations.

124. Paragraph 124 of the COMPLAINT contains only legal argument, no factual allegations, so no response is necessary.

125. Defendants admit the allegation in Paragraph 125 of the COMPLAINT.

126. Defendants admit the allegation in Paragraph 126 of the COMPLAINT, though it is legal argument only.

127. Defendants deny the allegations of Paragraph 127 of the COMPLAINT.

128. Defendants deny the allegations of Paragraph 128 of the COMPLAINT.

129. Defendants deny the allegations of Paragraph 129 of the COMPLAINT.

130. Defendants deny the allegations of Paragraph 130 of the COMPLAINT.

131. To the extent allegations in Paragraph 131 of the COMPLAINT contain legal argument, no response is necessary. Otherwise, Defendants deny the allegations in Paragraph 131 of the COMPLAINT.

132. To the extent allegations in Paragraph 132 of the COMPLAINT contain legal argument, no response is necessary. Otherwise, Defendants deny the allegations in Paragraph 132 of the COMPLAINT.

133. To the extent allegations in Paragraph 133 of the COMPLAINT contain legal argument, no response is necessary. Otherwise, Defendants deny the allegations in Paragraph 133 of the COMPLAINT.

**Second Cause of Action**

134. Paragraph 134 of the COMPLAINT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements and allegations.

135. To the extent allegations in Paragraph 135 of the COMPLAINT contain legal argument, no response is necessary.

136. To the extent allegations in Paragraph 136 of the COMPLAINT contain legal argument, no response is necessary.

137. Defendants deny the allegations in Paragraph 137 of the COMPLAINT.

138. Defendants deny the allegations in Paragraph 138 of the COMPLAINT.

139. Defendants deny the allegations in Paragraph 139 of the COMPLAINT.

140. Defendants deny the allegations in Paragraph 140 of the COMPLAINT.

141. Defendants deny the allegations in Paragraph 141 of the COMPLAINT.

142. Defendants deny the allegations in Paragraph 142 of the COMPLAINT.

143. Defendants deny the allegations in Paragraph 143 of the COMPLAINT.

144. To the extent allegations in Paragraph 144 of the COMPLAINT contain legal argument, no response is necessary.

145. To the extent allegations in Paragraph 145 of the COMPLAINT contain legal argument, no response is necessary. Otherwise, Defendants deny the allegations in Paragraph 145 of the COMPLAINT.

146. To the extent allegations in Paragraph 146 of the COMPLAINT contain legal argument, no response is necessary. Otherwise, Defendants deny the allegations in Paragraph 146 of the COMPLAINT.

**Third Cause of Action**

147. Paragraph 147of the COMPLAINT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements and allegations.

148. To the extent allegations in Paragraph 148 of the COMPLAINT contain legal argument, no response is necessary.

149. To the extent allegations in Paragraph 149 of the COMPLAINT contain legal argument, no response is necessary.

150. To the extent allegations in Paragraph 150 of the COMPLAINT contain legal argument, no response is necessary.

151. Defendants cannot admit nor deny the statements and characterizations in Paragraph 151 of the COMPLAINT.

152. To the extent allegations in Paragraph 152 of the COMPLAINT contain legal argument, no response is necessary.

153. Defendants deny the allegations in Paragraph 153 of the COMPLAINT.

154. Defendants deny the allegations in Paragraph 154 of the COMPLAINT.

155. Defendants deny the allegations in Paragraph 155 of the COMPLAINT.

156. Defendants deny the allegations in Paragraph 156 of the COMPLAINT.

157. Defendants deny the allegations in Paragraph 157 of the COMPLAINT.

158. Defendants deny the allegations in Paragraph 158 of the COMPLAINT.

159. To the extent allegations in Paragraph 159 of the COMPLAINT contain legal argument, no response is necessary.

160. To the extent allegations in Paragraph 160 of the COMPLAINT contain legal argument, no response is necessary.

**Fourth Cause of Action**

161. Paragraph 161 of the COMPLAINT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements and allegations.

162. Paragraph 162 of the COMPLAINT cites to a case quote and no response is necessary.

163. To the extent allegations in Paragraph 163 of the COMPLAINT contain legal argument, no response is necessary.

164. To the extent allegations in Paragraph 164 of the COMPLAINT contain legal

1  argument, no response is necessary.

2  165.  To the extent allegations in Paragraph 165 of the COMPLAINT contain legal
3  argument, no response is necessary.

4  166.  To the extent this paragraph is simply a statement of their beliefs, no response is
5  necessary to Paragraph 166 of the COMPLAINT.

6  167.  To the extent allegations in Paragraph 167 of the COMPLAINT contain legal
7  argument, no response is necessary.

8  168.  Defendants deny the allegations in Paragraph 168 of the COMPLAINT.

9  169.  Defendants deny the allegations in Paragraph 169 of the COMPLAINT.

10  170.  Defendants deny the allegations in Paragraph 170 of the COMPLAINT.

11  171.  Defendants deny the allegations in Paragraph 171 of the COMPLAINT.

12  172.  Defendants deny the allegations in Paragraph 172 of the COMPLAINT.

13  173.  Defendants deny the allegations in Paragraph 173 of the COMPLAINT.

14  174.  Defendants deny the allegations in Paragraph 174 of the COMPLAINT.

15  175.  Defendants deny the allegations in Paragraph 175 of the COMPLAINT.

16  176.  Defendants deny the allegations in Paragraph 176 of the COMPLAINT.

17  177.  Defendants deny the allegations in Paragraph 177 of the COMPLAINT.

18  178.  Defendants deny the allegations in Paragraph 178 of the COMPLAINT.

### Fifth Cause of Action

20  179.  Paragraph 179 of the COMPLAINT contains no new factual allegations.
21  Defendants incorporate by reference all previous admissions, denials, statements and allegations.

22  180.  To the extent allegations in Paragraph 180 of the COMPLAINT contain legal
23  argument, no response is necessary.

24  181.  Defendants deny the allegations in Paragraph 181 of the COMPLAINT.

25  182.  Defendants deny the allegations in Paragraph 182 of the COMPLAINT.

26  183.  Defendants deny the allegations in Paragraph 183 of the COMPLAINT.

27  184.  Defendants deny the allegations in Paragraph 184 of the COMPLAINT.

28  ///

# Sixth Cause of Action

185. Paragraph 185 of the COMPLAINT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements and allegations.

186. Paragraph 186 of the COMPLAINT contains only legal argument, no factual allegations, so no response is necessary.

187. Defendants deny the allegations in Paragraph 187 of the COMPLAINT.

188. Defendants deny the allegations in Paragraph 188 of the COMPLAINT.

189. Defendants deny the allegations in Paragraph 189 of the COMPLAINT.

190. Defendants deny the allegations in Paragraph 190 of the COMPLAINT.

191. Defendants deny the allegations in Paragraph 191 of the COMPLAINT.

# Seventh Cause of Action

192. Paragraph 192 of the COMPLAINT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements and allegations.

193. Paragraph 193 of the COMPLAINT contains only legal argument, no factual allegations, so no response is necessary.

194. Paragraph 194 of the COMPLAINT contains only legal argument, no factual allegations, so no response is necessary.

195. Paragraph 195 of the COMPLAINT expresses Plaintiffs' belief and no response is necessary.

196. Defendants deny the allegations in Paragraph 196 of the COMPLAINT.

197. Defendants deny the allegations in Paragraph 197 of the COMPLAINT.

198. Defendants deny the allegations in Paragraph 198 of the COMPLAINT.

199. Defendants deny the allegations in Paragraph 199 of the COMPLAINT.

200. Defendants deny the allegations in Paragraph 200 of the COMPLAINT.

# Eighth Cause of Action

201. Paragraph 201 of the COMPLAINT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements and allegations.

202. Paragraph 202 of the COMPLAINT contains only legal argument, no factual

allegations, so no response is necessary.

203. To the extent allegations in Paragraph 203 of the COMPLAINT contain legal argument, no response is necessary.

204. To the extent allegations in Paragraph 204 of the COMPLAINT contain legal argument, no response is necessary.

205. To the extent allegations in Paragraph 205 of the COMPLAINT contain legal argument, no response is necessary.

206. To the extent allegations in Paragraph 206 of the COMPLAINT contain legal argument, no response is necessary.

207. To the extent allegations in Paragraph 207 of the COMPLAINT contain legal argument, no response is necessary.

208. To the extent allegations in Paragraph 208 of the COMPLAINT contain legal argument, no response is necessary.

209. To the extent allegations in Paragraph 209 of the COMPLAINT contain legal argument, no response is necessary.

210. To the extent allegations in Paragraph 210 of the COMPLAINT contain legal argument, no response is necessary.

211. To the extent allegations in Paragraph 211 of the COMPLAINT contain legal argument, no response is necessary.

212. To the extent allegations in Paragraph 212 of the COMPLAINT contain legal argument, no response is necessary.

213. To the extent allegations in Paragraph 213 are a characterization of a statute, Defendants deny the allegations in Paragraph 213 of the COMPLAINT.

214. To the extent allegations in Paragraph 214 of the COMPLAINT contain legal argument, no response is necessary.

215. Defendants deny the allegations in Paragraph 215 of the COMPLAINT.

216. Defendants deny the allegations in Paragraph 216 of the COMPLAINT.

217. Defendants deny the allegations in Paragraph 217 of the COMPLAINT.

218. Defendants deny the allegations in Paragraph 218 of the COMPLAINT.

219. Defendants deny the allegations in Paragraph 219 of the COMPLAINT.

220. Defendants deny the allegations in Paragraph 220 of the COMPLAINT.

221. Defendants deny the allegations in Paragraph 221 of the COMPLAINT.

222. Defendants deny the allegations in Paragraph 222 of the COMPLAINT.

**AFFIRMATIVE DEFENSES**

Defendants allege the following affirmative defenses. Nothing herein shall be construed as a waiver of any argument by Defendants as to whether the matters asserted herein are true affirmative defenses, or as to which party bears the burden of proof or production on these matters.

**FIRST AFFIRMATIVE DEFENSE**

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that the COMPLAINT and each and every claim for relief therein fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that the Court lacks subject matter jurisdiction over Plaintiffs' claims.

**THIRD AFFIRMATIVE DEFENSE**

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that the Plaintiffs lack standing.

**FOURTH AFFIRMATIVE DEFENSE**

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that the Plaintiffs' claims for declaratory, injunctive, or other prospective relief, are moot.

///

///

///

**FIFTH AFFIRMATIVE DEFENSE**

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that the Plaintiffs' claims for declaratory, injunctive, or other prospective relief, are not ripe for adjudication or are otherwise non-justiciable.

**SIXTH AFFIRMATIVE DEFENSE**

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Plaintiffs' claims for declaratory relief under California Education Code section 220 and 262.4 are subject to the moratorium of California Education Code section 226.3(d).

**SEVENTH AFFIRMATIVE DEFENSE**

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Plaintiffs' claims under California law may not be adjudicated in this Court, and are subject to principles of abstention and federalism.

**EIGHTH AFFIRMATIVE DEFENSE**

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Plaintiffs have failed to exhaust their administrative and/or judicial remedies.

**NINTH AFFIRMATIVE DEFENSE**

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants' actions as alleged were done in good faith and were permitted or required by law or by contract.

**TENTH AFFIRMATIVE DEFENSE**

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants acts or omissions were justified, required, privileged, or protected by the Establishment Clause.

///

///

///

**ELEVENTH AFFIRMATIVE DEFENSE**

AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants are entitled to immunity under the Eleventh Amendment.

**TWELFTH AFFIRMATIVE DEFENSE**

AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants are entitled to qualified immunity.

**THIRTEENTH AFFIRMATIVE DEFENSE**

AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants are entitled to discretionary immunity.

**FOURTEENTH AFFIRMATIVE DEFENSE**

AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants are entitled to immunity for all acts relating to the investigation and handling of complaints.

**FIFTEENTH AFFIRMATIVE DEFENSE**

AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants are entitled to all immunities available under California Government Code sections 800, et seq., including but not limited to those contained in California Government Code sections 815, 815.2, 818.2, 818.8, 820.2, 820.4, 820.8, 821, 821.6, and 822.2.

**SIXTEENTH AFFIRMATIVE DEFENSE**

AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants' acts were privileged under California Civil Code section 47 and / or because the actions of District students and employees were privileged under California Civil Code section 47.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

AS A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants' acts were privileged because they were protected by the First Amendment and / or because the actions of District students and employees were protected by the First Amendment.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

AS AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants' acts were justified, privileged, or protected because they were required by State law and / or State constitutional provisions, including without limitation California Education Code sections 48907, 48950(a), and 48950(g), and California Constitution, Art. I, section 2.

**NINETEENTH AFFIRMATIVE DEFENSE**

AS A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants' acts were motivated by legitimate, important, substantial, and / or compelling non-discriminatory reasons, and were appropriately tailored to meet those interests.

**TWENTIETH AFFIRMATIVE DEFENSE**

AS A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants' policies and practices are reasonable, neutral and generally applicable.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

AS A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged Defendants are not liable for any alleged discrimination or harassment because they conducted a prompt and appropriate investigation into all allegations of which they were provided notice and took appropriate remedial or corrective action.

///

///

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

AS A TWENTY-SECOND, SEPARATE AND AFFRIRMATIVE DEFENSE THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Plaintiffs are not entitled to any relief, or relief should be limited, based on the doctrine of avoidable consequences.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

AS A TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Defendants are not liable for intentional discrimination, and did not act with the intent to discriminate, or with deliberate indifference, because Defendants were limited by economic or other constraints associated with governing. *Peralta v. Dillon*, 704 F.3d 1124 (9th Cir. 2013).

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

AS A TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that Plaintiffs' demands for prospective relief are prior restraints on speech that are unconstitutionally vague, overbroad, or otherwise infirm.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

AS A TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged that the Plaintiffs have failed to join necessary or indispensable parties, the children of the Plaintiff parents.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

AS A TWENTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged Plaintiffs' claims are barred at least in part by the statute of limitations.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

AS A TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE COMPLAINT, it is alleged Plaintiffs' claims are barred at least in part by the doctrine of laches. Plaintiffs have unreasonably delayed in bringing their claims, particularly as it relates to alleged acts and events occurring in the 2021-22 or 2022-23 school

1  years. As to those acts and events, Plaintiffs have acquiesced in the conduct about which they
2  now complain and / or their delay has prejudiced the Defendants.

3  DATED: March 21, 2025

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
WILLIAM B. TUNICK
ELLYN L. MOSCOWITZ

By: /s/ *William Tunick*
WILLIAM TUNICK
Attorneys for Defendants
KAREN VAN PUTTEN, CHARLES VELSCHOW, WENDY PORTER, GREGORY S. GRUSZYNSKI, KARL LOSEKOOT, CRYSTAL LEACH, BONNIE HANSEN, TODD BEAL, CARRIE DU BOIS, RICHARD GINN, AMY KOO, SATHVIK NORI, and SHAWNEECE STEVENSON.

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

DWK 4358008v4

**DEFENDANTS' ANSWER TO COMPLAINT**

3:24-cv-08015-MMC