# EXHIBIT 1

# Re: Woodside High School - 11/3/2023

**From:** Charles Velschow ⬛  
**To:** Karen van Putten ⬛  
**Cc:** Cara Klackle ⬛; Wendy Porter <⬛>  

Sun, Nov 5, 2023 at 8:47 AM PST (GMT-08:00)

⬛

On Sat, Nov 4, 2023 at 11:19 PM Karen van Putten <⬛rg> wrote:
> FYI
>
> ---------- Forwarded message ---------
> From: ⬛
> Date: Sat, Nov 4, 2023 at 4:47 PM
> Subject: Re: Woodside High School - 11/3/2023
> To: Woodside High School - Principal van Putten <⬛>
> CC: ⬛
>
> Hello Ms. van Putten,
>
> Thanks for alerting us about the incident. You are correct in stating that this explanation isn't enough.
>
> We have always found Woodside High School to be a safe and supportive environment for our kids. Our eldest son, ⬛ graduated last year, and ⬛ a sophomore. I have to say that I don't feel the same way anymore.
>
> The drawing was obviously a Swastika like you suspected in the beginning, You know that people don't tend to draw Manjis at schools, they draw Swastikas, a Nazi symbol. Why would they draw a Manji? What is the goal?
>
> This was a pure hate crime against the Jewish community. Since October 7th, after the horrific terrorist attack on Israel, we have only seen an increase in antisemitism, including the drawing of Swastikas.
>
> We are very disappointed with how the school and the school district have handled the situation this month. I haven't seen even one condemnation of the massacre in Israel after October 7th. The email from the superintendent was very disappointing. My husband and I emailed the superintendent, and she didn't even respond to us.
>
> And now, I see that you treat Swastikas like they were Manjis? Yes, I know that the symbols look similar, but you know that no one has a reason to draw the Buddhist symbol at school. However, a lot of people these days draw Swastikas, unfortunately.
>
> The image below was taken today in Lyons, France. A Jewish woman was stabbed, and this symbol was drawn. It looks exactly like a Manji. But you know very well that it's not a Manji. It's a Swastika that was drawn as part of a hate crime.
>
> Please note that the Jewish community feels a lot of hate right now and doesn't feel supported by the community. We feel unsafe, and afraid to show Jewish symbols because of fear of hate crimes. Giving an excuse for drawing Swastikas makes me feel that my son and other Jewish students are not safe at Woodside High School. I reported the incident to the Anti-Defamation League (ADL).
> We will not donate to any of the school's organizations this year until we feel that our son is safe.

I hope that the people who drew the swastikas are found and punished and that the school explains to the students why hate crimes against any group, including Jews, are wrong.



Thanks,

On Fri, Nov 3, 2023 at 7:28 PM Woodside High School - Principal van Putten wrote:



November 3, 2023

Dear Woodside Community,

On Wednesday, November 1st, we were informed of two drawings on our campus grounds that appeared to resemble a symbol of hate.

We contacted the San Mateo County Sheriff's Department in order to investigate the matter and determine if our school was at risk of a potential threat.

After an extensive investigation from both our school administration and the San Mateo County Sheriff's Department, we have both determined that Woodside High School is not under any threat.

Additionally, we have also confirmed that the drawings in question were not intended to be hate speech targeted at anyone or any group, as our mutual investigation was able to confirm that it was a spiritual symbol from Japanese

SEQ002936

Buddhism known as Manji popularized by anime. To make that determination, beyond interviews, we were able to view the anime/manga images used as the genesis of the drawings and were able to verify the testimony we received.

I know that the idea of hate speech on our campus is heartbreaking for all of us. I, too, was saddened by the idea that hate speech may have occurred on our campus, as we do not tolerate any hateful speech or actions on our campus. We take great pride in working with our students to create a school environment where we celebrate our diversity and strive to create safe spaces for all.

I recognize that this explanation may not feel like enough for some in our community. This is an isolated incident that we have investigated with sensitivity and seriousness, and we are committed to educating all our students. When you have a concern, our staff and I will listen and problem-solve with you because your safety, well-being, and feeling of being a part of our community are top priorities at Woodside High School.

Sincerely,

H. Karen van Putten, *Principal*


Querida comunidad de Woodside,

El miércoles 1 de noviembre, nos informaron de dos dibujos en los terrenos de nuestro campus que parecían un símbolo de odio.

Nos comunicamos con el Departamento del Sheriff del condado de San Mateo para investigar el asunto y determinar si nuestra escuela estaba en riesgo de sufrir una amenaza potencial.

Después de una extensa investigación tanto de la administración de nuestra escuela como del Departamento del Sheriff del Condado de San Mateo, ambos hemos determinado que la Escuela Secundaria Woodside no está bajo ninguna amenaza.

Además, también hemos confirmado que los dibujos en cuestión no pretendían ser un discurso de odio dirigido a nadie ni a ningún grupo, ya que nuestra investigación mutua pudo confirmar que se trataba de un símbolo espiritual del budismo japonés conocido como Manji, popularizado por el anime. Para tomar esa determinación, más allá de las entrevistas, pudimos ver las imágenes de anime/manga utilizadas como génesis de los dibujos y pudimos verificar el testimonio que recibimos.

Sé que la idea del discurso de odio en nuestro campus es desgarradora para todos nosotros. A mí también me entristeció la idea de que el discurso de odio pudiera haber ocurrido en nuestro campus, ya que no toleramos ningún discurso o acción de odio en nuestro campus. Estamos muy orgullosos de trabajar con nuestros estudiantes para crear un ambiente escolar donde celebramos nuestra diversidad y nos esforzamos por crear espacios seguros para todos.

Reconozco que esta explicación puede no parecer suficiente para algunos en nuestra comunidad. Este es un incidente aislado que hemos investigado con sensibilidad y seriedad, y estamos comprometidos a educar a todos nuestros estudiantes. Cuando tenga una inquietud, nuestro personal y yo lo escucharemos y resolveremos su problema porque su seguridad, bienestar y sentimiento de ser parte de nuestra comunidad son las principales prioridades en Woodside High School.

Atentamente,

H.Karen van Putten, *Directora*

Sequoia Union High School District would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Sequoia Union High School District directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.



**Chuck Velschow** (him/he/el)
**Administrative Vice Principal**
*(Last names 'A-L')*
(650) 367-9750 x40030

SEQ002938