EXHIBIT 8

# 1.8 Dominant and Counter Narrative

Unit 1 – Ethnic Studies and Narrative

# 1.8 Warm Up

Turn and talk with your table group about the following questions. Be prepared to share with the whole class

What is one thing you heard in the news this week?

*One thing I heard in the news this week was …*

What was a rose (highlight), bud (something you are looking forward to), and thorn (challenge) of this week?

*This week my rose was when _____, something I'm looking forward to is _____, and a thorn would be _____.*

# 1.8 Agenda

- Warm up / welcome / agenda / announcements
- Narrative definition
- Connect dominant and counter narratives to current events in Israel and Palestine
- Exit Ticket

**Objective:** Define narrative, dominant narrative, and counter narrative to help us describe the ongoing conflict in Israel and Palestine.

# What do you know about narratives and counter-narratives?

# Narrative

Definition: A story



# Dominant Narrative



Definition: an explanation or story that is told to benefit the dominant social group's interests and ideologies

**Example:** *Pocahontas was a young woman who fell in love with an English explorer, John Smith.*

# Counter Narrative

Definition: an explanation or story that is often untold or misrepresented

**Example:** Pocahontas (Matoaka) was an 11 year-old girl who was forced into a relationship with 28 year-old John Rolfe.



Name:_____
Period:_____

U.S. History

## 2.8: Israel and Palestine

**Lesson Question:** 🤔

**Warmup: What do you know about Israel and Palestine?**

## Notes:

1. On October 7, 2023, people from a group from _____ named _____ attacked _____.

2. They killed _____ people and injured _____ in Israel.

3. Hamas attacked _____ and also _____.

4. Civilians are _____.

5. Israel declared a _____. on Oct. 7th, 2023.

6. Israel and Palestine have been in conflict since _____.

7. Israel is a country _____

_____.

The United Nations says _____.

8. _____ of the population in Palestine are children.

9. People of _____ have experienced more death and injury than people in _____.

**The Human Cost Of The Israeli-Palestinian Conflict**
Israeli & Palestinian deaths/injuries documented by the UN

| | Palestinian | Israeli |
|---|---|---|
| Total deaths from 2008 to 2020 | 3,392 | 853 |
| | 7,460 | 123 |
| | 1,659 | 185 |
| | 2,260 | 136 |
| | 4,936 | 578 |
| | 4,031 | 157 |
| | 19,860 | 2,796 |
| | 14,813 | 339 |
| | 3,572 | 222 |
| | 8,526 | 174 |
| 31,558 | 130 | |
| | 15,628 | 133 |
| | 2,781 | 61 |

Source: United Nations
statista

# Lesson question:

What is happening in Israel and Palestine and what are the dominant and counter narratives?

🤔

# Content Warning:

Today we will talk about war and violence. Some people have experience war and violence so maybe this lesson will be hard for you. If you need a break let us know. If you want to talk to a counselor let us know.
Take care of yourself.







# Warmup:

What do you know about Israel and Palestine?





# Notes:

1. On October 7, 2023, people from a group from **Gaza**, **Palestine** named **Hamas** attacked **Israel.**
2. They killed **1,300** people and injured **3,227 i**n Israel.
3. Hamas attacked **soldiers** and also **civilians.**
4. Civilians **are normal people (not soliders or police)**
5. Israel declared a **war** on Oct. 7th, 2023.



# Notes:

6. Israel and Palestine have been in conflict since **1947.**

7. Israel is a country **created on Palestinian land.** The United Nations says **this is illegal.**

8. **52%** of the population in Palestine are children.



## Which side has experienced more death and injury?

9. People of **Palestine** have experienced more death and injury than people in Israel.



# Before 1947:



Christian, Muslim, and Jewish people lived in Palestine.



Germany

# 1939-1945





During World War 2, Nazis killed Jewish people in Germany because of their religion. This is called the Holocaust.

# 1947 - Creation of Israel







Europe felt bad that Jewish people suffered so much and wanted to give them a safe home. They took land from Palestine to create the country of Israel for Jewish people.

# 1947

## Jewish people from across the world moved to Israel.





# 1947 - Nakba



"Nakba" is the name for the day that Muslim and Christian people of Palestine were forced to leave their home so Jewish people could move to Israel.






Over time, there were many wars and Israel took more land. Today, many countries do not recognize Palestine as a country.

# Life in Palestine Today



There are walls around the city of Gaza. The Human Rights Watch says it is "an open air prison". Israel controls the water and electricity of Gaza.





# Different Opinions



Some people support Israel because it is a safe home for Jewish people after they were oppressed for many years.



Some people support Palestine because the land was originally their land, and now they are being oppressed by the Israeli government.

# Summarize!



**Notes: Israel & Palestine**

**Before 1947:**
Christian, Muslim, and Jewish people lived in Palestine.

**1939-1945**
During World War 2, Nazis killed Jewish people in Germany because of their religion. This is called the Holocaust.

**1947 - Creation of Israel**
Europe felt bad that Jewish people suffered so much and wanted to give them a safe home. They took land from Palestine to create the country of Israel for Jewish people.

**1947**
Jewish people from across the world moved to Israel.

**1947 - Nakba**
"Nakba" is the name for the day that Muslim and Christian people of Palestine were forced to leave their home so Jewish people could move to Israel.

Over time, there were many wars and Israel took more land. Today, many countries do not recognize Palestine as a country.

**Life in Palestine Today**
There are walls around the city of Gaza. The Human Rights Watch says it is "an open air prison". Israel controls the water and electricity of Gaza.

**Different Opinions**

Some people support Israel because it is a safe home for Jewish people after they were oppressed for many years.

Some people support Palestine because the land was originally their land, and now they are being oppressed by the Israeli government.

Write a summary in your own words about what has been happening in Israel and Palestine



In your own words, write a summary of what happened.

**Review:** Dominant and Counter Narratives

# Dominant Narrative



**Definition: The story that is told by <span style="color:red">people in power</span> (such as men, white people, rich people)**

Definición: La historia que cuentan las personas en el poder (como hombres, blancos, ricos).

Tanım: İktidardaki kişilerin (erkekler, beyazlar, zenginler gibi) anlattığı hikaye.

定义：由有权势的人（例如男人、白人、富人）讲述的故事

# Counter Narrative



**Definition: The story that is told by people with <span style="color:red">less power</span> (such as women, people of color, poor people)**

Definición: La historia contada por personas con menos poder (como mujeres, personas de color, personas pobres).

Tanım: Daha az güce sahip insanlar (kadınlar, farklı ırklardan insanlar, fakir insanlar gibi) tarafından anlatılan hikaye.

定义：由权力较小的人（例如女性、有色人种、穷人）讲述的故事

# Dominant or Counter Narrative?

# Statement from Joe Biden, U.S. President



La brutalidad de Hamas, la sed de sangre, recuerdan lo peor, los peores ataques de ISIS. Esto es terrorismo. Pero, lamentablemente, para el pueblo judío esto no es nuevo. Este ataque saca a la superficie los dolorosos recuerdos de las cicatrices dejadas por milenios de antisemitismo y genocidio para el pueblo judío. Estamos con Israel. Estamos con Israel. Nos aseguraremos de que Israel tenga lo que necesita para cuidar de sus ciudadanos, defenderse y responder a este ataque.

Hamas'ın vahşeti, kana susamışlığı IŞİD'in en kötü saldırılarını akla getiriyor. Bu terörizmdir. Ama ne yazık ki Yahudi halkı için bu yeni değil. Bu saldırı, Yahudi halkı üzerinde bin yıllık antisemitizmin ve soykırımın bıraktığı yara izlerini, acı dolu anıları gün yüzüne çıkarıyor. İsrail'in yanındayız. İsrail'in yanındayız. İsrail'in vatandaşlarının kendisini savunması ve bu saldırıya yanıt vermesi için ihtiyaç duyduğu her şeye sahip olmasını sağlayacağız.

哈马斯的残暴和嗜血让人想起伊斯兰国最严重的暴行。这是恐怖主义。但可悲的是，对于犹太人来说，这并不新鲜。这次袭击使人们痛苦的记忆浮出水面，即数千年来反犹太主义和种族灭绝给犹太人留下的伤疤。我们与以色列站在一起。我们与以色列站在一起。我们将确保以色列拥有照顾其公民、保卫自己和应对此次袭击所需的一切。



**Narrative #1**

a. **Who created this narrative?** / ¿Quién creó esta narrativa? / 谁创造了这个叙述?

**President Joe Biden**

b. **Is the person who created this narrative a person with power and/or privilege? Yes or no? (ex: white people, men, rich people)** / ¿La persona que creó esta narrativa es una persona con poder y/o privilegio? Si or no? (ej: gente blanca, hombres, gente rica) / Bu anlatıyı yaratan kişi güce ve/veya ayrıcalığa sahip bir kişi midir? Evet veya hayır? (örnek: beyaz insanlar, erkekler, zengin insanlar /创造这个叙述的人是一个拥有权力和/或特权的人吗? 是还是不是? (例如: 白人、男性、富人

Circle:

**Yes** / No

c. **Is this a dominant narrative or a counter narrative?**

**Dominant**

d. **What is the message of this narrative? Summarize with 1-2 sentences. (The person who created this narrative is trying to say that _____ )** / ¿Cuál es el mensaje de esta narración? Resuma con 1-2 oraciones. (La persona que creó esta narrativa está tratando de decir que _____) / Bu anlatının mesajı nedir? 1-2 cümleyle özetleyin. (Bu anlatıyı yaratan kişi şunu söylemeye çalışıyor _____) / 这个叙述的信息是什么? 用1-2句话概括。(创造这个叙述的人试图说_____)

e. **If people only heard this narrative and no other narrative, which side would they support?** / Si la gente sólo escuchara esta narrativa y ninguna otra, ¿a qué lado apoyarían? / Eğer insanlar sadece bu anlatıyı duysaydı ve başka bir anlatıyı duymasaydı hangi tarafı desteklerlerdi? / 如果人们只听到这个叙述而没有其他叙述，他们会支持哪一边?

**If people only heard this narrative, they would support Israel.**

# Israeli Prime Minister Benjamin Netanyahu



Hemos comenzado y subrayo que apenas hemos comenzado a atacar a Hamás. Las imágenes de la devastación y destrucción de los bastiones de Hamás en Gaza son sólo el comienzo. Hemos eliminado a muchos cientos de terroristas y no nos detendremos ahí.

Hamas'a saldırmaya başladık ve vurguluyorum ki, Hamas'a saldırmaya daha yeni başladık. Gazze'deki Hamas kalelerinden gelen yıkım ve yıkım görüntüleri sadece başlangıç. Yüzlerce teröristi ortadan kaldırdık, bununla da kalmayacağız.

我们已经开始了，我强调我们才刚刚开始对哈马斯进行打击。加沙哈马斯据点的破坏和破坏的景象仅仅是一个开始。我们已经消灭了数百名恐怖分子，但我们不会就此止步。



**Narrative #2**

a. **Who created this narrative?** / ¿Quién creó esta narrativa? / 谁创造了这个叙述?

**Israeli Prime Minister Benjamin Netanyahu**

b. **Is person with power and/or privilege? Yes or no?** (ex: white people, men, rich people) / ¿La persona que creó esta narrativa es una persona con poder y/o privilegio? Si or no? (ej: gente blanca, hombres, gente rica) / Bu anlatıyı yaratan kişi güce ve/veya ayrıcalığa sahip bir kişi midir? Evet veya hayır? (örnek: beyaz insanlar, erkekler, zengin insanlar /创造这个叙述的人是一个拥有权力和/或特权的人吗? 是还是不是? (例如: 白人、男性、富人

Circle:

(**Yes**) / No

c. **Is this a dominant narrative or a counter narrative?**

**Dominant**

d. **What is the message of this narrative? Summarize with 1-2 sentences. (The person who created this narrative is trying to say that _____)** / ¿Cuál es el mensaje de esta narración? Resuma con 1-2 oraciones. (La persona que creó esta narrativa está tratando de decir que _____) / Bu anlatının mesajı nedir? 1-2 cümleyle özetleyin. (Bu anlatıyı yaratan kişi şunu söylemeye çalışıyor _____) / 这个叙述的信息是什么? 用1-2句话概括。(创造这个叙述的人试图说_____)

_____
_____
_____

e. **If people only heard this narrative and no other narrative, which side would they support?** / Si la gente sólo escuchara esta narrativa y ninguna otra, ¿a qué lado apoyarían? / Eğer insanlar sadece bu anlatıyı duysaydı ve başka bir anlatıyı duymasaydı hangi tarafı desteklerlerdi? / 如果人们只听到这个叙述而没有其他叙述，他们会支持哪一边?

**If people only heard this narrative, they would support Israel.**

Think: According to him, what kind of people are they killing?

# 1.9 Dominant and Counter Narrative

Unit 1 – Ethnic Studies and Narrative

Period 3

**1** Alicia

**4** Stella | Emma
Kira | Addy

Cozy corner

**2** Patrick | Claire
Henry | Peter

**5** Beau | Joey
Marlo | Nirmal

Paul | Armando
**8** Amaya

windows

**3** Ella | Elise
William | Lev

**6** Cleo | Cole
Miya | Kevin

**7** Navid | Milan
Mariella | Elena

front

Montgomery's Desk

door

Period 4

**1**

**4**

Cozy corner

Emily

**2**

| Jazmin | Ashley |
|--------|--------|
| Yaneisis | Jocelyn |

| Josie | Ruby |
|-------|------|
| **8** Lucca | Armando |

**5**

| Cole | Aiden |
|------|-------|
| Marco | Alejandro |

**3**

| Cam | Sofia |
|-----|-------|
| Sebastian | Juliana |

**6**

| Alex | Sasha |
|------|-------|
| Alexa | Aarushi |

**7**

| Cinthia | Valentin |
|---------|----------|
| Daniella | Andrew |

windows

door

front

Montgomery's Desk



period

1

4

Cozy corner

2

5

windows

8

door

3

6

7

front

Montgomery's Desk

# 1.9 Warm Up

Turn and talk with your table group about the following questions. Be prepared to share with the whole class

1.    Introduce yourself to your new table mates. Make sure you all know each other's names!

*My name is…*

2.    What is your favorite food?

*My favorite food is…*

# 1.9 Agenda

- Warm up / welcome / agenda / announcements
- Connect dominant and counter narratives to current events in Israel and Palestine
- Exit Ticket – turn in white packet

**Objective:** Define narrative, dominant narrative, and counter narrative to help us describe the ongoing conflict in Israel and Palestine.

# News video



## Narrative #3



**a. Whose stories are being shared?** / ¿De quién son las historias que se comparten? / Kimin hikayeleri paylaşılıyor? / 谁的故事正在被分享?

**Palestinians**

**b. Are the people telling their stories people with power and privilege? Yes or no? (ex: white people, men, rich people)** / ¿Las personas que cuentan sus historias son personas con poder y privilegios? ¿Sí o no? (ej: gente blanca, hombres, gente rica)) / İnsanlar hikayelerini güçlü ve ayrıcalıklı insanlar mı anlatıyor? Evet veya hayır? (örnek: beyaz insanlar, erkekler, zengin insanlar) / 讲述故事的人是拥有权力和特权的人吗? 是还是不是? (例如：白人、男性、富人)

Circle:

Yes    /     No

**c. Is this a dominant narrative or a counter narrative?**

**counter**

**d. What is the message of this narrative? Summarize with 1-2 sentences. (The person who created this narrative is trying to say that _____ )** / ¿Cuál es el mensaje de esta narración? Resuma con 1-2 oraciones. (La persona que creó esta narrativa está tratando de decir que _____ ) / Bu anlatının mesajı nedir? 1-2 cümleyle özetleyin. (Bu anlatıyı yaratan kişi şunu söylemeye çalışıyor _____ ) / 这个叙述的信息是什么? 用1-2句话概括。 (创造这个叙述的人试图说_____ )

_____

_____

_____

**e. If people only heard this narrative and no other narrative, which side would they support?** / Si la gente sólo escuchara esta narrativa y ninguna otra, ¿a qué lado apoyarían? / Eğer insanlar sadece bu anlatıyı duysaydı ve başka bir anlatıyı duymasaydı hangi tarafı desteklerlerdi? / 如果人们只听到这个叙述而没有其他叙述，他们会支持哪一边?

**If people only heard this narrative, they would support Palestine**

# Social media video



**Narrative #4**



**a. Whose stories are being shared?** / ¿De quién son las historias que se comparten? / Kimin hikayeleri paylaşılıyor? / 谁的故事正在被分享?

_**Palestinians**___

**b. Are the people telling their stories people with power and privilege? Yes or no? (ex: white people, men, rich people)** / ¿Las personas que cuentan sus historias son personas con poder y privilegios? ¿Sí o no? (ej: gente blanca, hombres, gente rica) / İnsanlar hikayelerini güçlü ve ayrıcalıklı insanlar mı anlatıyor? Evet veya hayır? (örnek: beyaz insanlar, erkekler, zengin insanlar) / 讲述故事的人是拥有权力和特权的人吗？是还是不是？（例如：白人、男性、富人）

Circle:

Yes   /   (No)

**c. Is this a dominant narrative or a counter narrative?**

_**counter**_____

**d. What is the message of this narrative? Summarize with 1-2 sentences. (The person who created this narrative is trying to say that _____ )** / ¿Cuál es el mensaje de esta narración? Resuma con 1-2 oraciones. (La persona que creó esta narrativa está tratando de decir que _____) / Bu anlatının mesajı nedir? 1-2 cümleyle özetleyin. (Bu anlatıyı yaratan kişi şunu söylemeye çalışıyor _____) / 这个叙述的信息是什么？用1-2句话概括。（创造这个叙述的人试图说_____）

_____

_____

_____

**e. If people only heard this narrative and no other narrative, which side would they support?** / Si la gente sólo escuchara esta narrativa y ninguna otra, ¿a qué lado apoyarían? / Eğer insanlar sadece bu anlatıyı duysaydı ve başka bir anlatıyı duymasaydı hangi tarafı desteklerlerdi? / 如果人们只听到这个叙述而没有其他的叙述，他们会支持哪一边？

_**If people only heard this narrative,**_____
_**they would support Palestine**_____

**Research:**

You will read news articles and analyze whose narratives are being shared.

# EXAMPLE



## Humanitarian aid is stuck at Gaza-Egypt border as Israeli siege strains hospitals

Hospitals in Gaza are expected to run out of generator fuel in the next 24 hours, endangering the lives of thousands of patients, according to the U.N. Gaza's sole power plant shut down for lack of fuel after Israel completely sealed off the 40-kilometer (25-mile) long territory following the Hamas attack.

The World Health Organization said hospitals are "overflowing" as people seek safety. "We are concerned about disease outbreaks due to mass displacement and poor water and sanitation," it said. Four hospitals in northern Gaza are no longer functioning and 21 have received Israeli orders to evacuate. Doctors have refused, saying it would mean death for critically ill patients and newborns on ventilators.

The WHO said water shortages caused by Israel's decision to cut off water supplies, combined with a lack of fuel for pumps and desalination stations, put thousands of hospital patients at risk.

---

**1. Name of website:** AP News

**2. Title of Article:** Humanitarian aid is stuck at Gaza-Egypt Border as Israeli Siege Strains Hospitals

| 3a. Name of person interviewed: | 3b. Description of person interviewed: | 3c. Does this person have power and privilege? | 3d. Why did you choose that answer for 3c? |
|---|---|---|---|
| World Health Organization | A group for public health | Circle: Yes / No / (not sure) | The organization has power but less power than the government |

3e. Summary of what the person is saying: They are saying the war will cause disease and death.

| 4a. Name of person interviewed: | 4b. Description of person interviewed: | 4c. Does this person have power and privilege? | 4d. Why did you choose that answer for 4c? |
|---|---|---|---|
| | | Circle: Yes / No / not sure | |

4e. Summary of what the person is saying: _____

5. Does this news article show one narrative or multiple narratives? _____



1. Search "News about Israel and Palestine interview" on Google.
2. Pick any article. The article must include quotes from at least two different people.
3. Answer the questions on your paper.



Submit the white packet as your exit ticket!!!

Period 3

**1** Alicia

**4** Stella | Emma
Kira | Addy

Cozy corner

**2** Patrick | Claire
Henry | Peter

**5** Beau | Joey
Marlo | Nirmal

Paul | Armando
**8** Amaya

windows

**3** Ella | Elise
William | Lev

**6** Cleo | Cole
Miya | Kevin

**7** Navid | Milan
Mariella | Elena

front

Montgomery's Desk

door

Period 4

**1**

**4**

Cozy corner

Emily

**2**

| Jazmin | Ashley |
| Yaneisis | Jocelyn |

Josie | Ruby

**8** Lucca | Armando

**5**

| Cole | Aiden |
| Marco | Alejandro |

**3**

| Cam | Sofia |
| Sebastian | Juliana |

**6**

| Alex | Sasha |
| Alexa | Aarushi |

**7**

| Cinthia | Valentin |
| Daniella | Andrew |

windows

door

front

Montgomery's Desk



period

1

4

Cozy corner

2

5

windows

8

3

door

6

7

front

Montgomery's Desk

# 1.10 Warm Up

Turn and talk with your table group about the following questions. Be prepared to share with the whole class

## What's your favorite thing about winter?

## What is your favorite class so far?

# 1.10 Agenda

- Warm up / welcome / agenda / announcements
- Start Timeline to Ethnic Studies
- Exit Ticket – turn in white packet

**Objective:** Create a timeline to help us understand how Ethnic Studies became a class at our school.

# Counselors coming today

Expectations:

- Show them your respect and attention
- Electronics away
- One mic



# Timeline Work Time



# Exit Ticket

- Collect your timeline cards with a paperclip / put them in an envelope
- Clean up the area around your desks



Period 3

**1** Alicia

**2**
| Patrick | Claire |
| Henry | Peter |

**3**
| Ella | Elise |
| William | Lev |

**4**
| Stella | Emma |
| Kira | Addy |

**5**
| Beau | Joey |
| Marlo | Nirmal |

**6**
| Cleo | Cole |
| Miya | Kevin |

Cozy corner

**8**
| Paul | Armando |
| Amaya | |

**7**
| Navid | Milan |
| Mariella | Elena |

windows

Montgomery's Desk

door

front

Period 4

**1**

**4**

Cozy corner

Emily

**2**

| Jazmin | Ashley |
|--------|--------|
| Yaneisis | Jocelyn |

| Josie | Ruby |
|-------|------|
| Lucca | Armando |

**8**

**5**

| Cole | Aiden |
|------|-------|
| Marco | Alejandro |

windows

**3**

| Cam | Sofia |
|-----|-------|
| Sebastian | Juliana |

**6**

| Alex | Sasha |
|------|-------|
| Alexa | Aarushi |

**7**

| Cinthia | Valentin |
|---------|----------|
| Daniella | Andrew |

door

front

Montgomery's Desk



period

1

4

Cozy
corner

2

5

8

windows

door

3

6

7

front

Montgomery's
Desk

# 1.11 Warm Up

Turn and talk with your table group about the following questions. Be prepared to share with the whole class

What is one thing you heard in the news this week?

*One thing I heard in the news this week was …*

What was a rose (highlight), bud (something you are looking forward to), and thorn (challenge) of this week?

*This week my rose was when _____, something I'm looking forward to is _____, and a thorn would be _____.*

# 1.11 Agenda

- Warm up / welcome / agenda / announcements
- Finish Timeline to Ethnic Studies
- Backfire Effect Notes
- Exit Ticket – turn in pink packet

**Objective:** Create a timeline to help us understand how Ethnic Studies became a class at our school.

Define backfire effect to prepare us for difficult conversations in Ethnic Studies.

# Timeline Work Time

Compare your answers with another group to complete the final column
Answer the reflection questions

# The Backfire Effect

What is the Backfire Effect and how can we combat it in society (and this course)?



What was the dominant narrative that the kids knew?
What was the counter-narrative?
How did students react to the counter-narrative (finding out Santa isn't real)

# Emotional Barometer

You will be reflecting on how you feel about each of the facts below using an emotional barometer. A 1 on the barometer means the statement had no effect on your emotions, a 3 means the statement had little effect on you, and a 5 means your emotions are off the chains.

| No Effect (1) | | Somewhat (3) | | WOW! (5) |
| --- | --- | --- | --- | --- |
| 😑 | | 🤔 | | 😲 |



# WHAT HAVE YOU HEARD ABOUT ...

## THE LENGTH OF THE LIFE OF A HOUSE FLY?

# What if I told you...

# THAT HOUSE FLIES LIVE FOR ABOUT A MONTH AND NOT JUST 24 HOURS?



# WHAT HAVE YOU HEARD ABOUT …

## NAPOLEON BONAPARTE'S HEIGHT?

# What if I told you...

## THAT NAPOLEON WAS NOT SHORT. HE WAS 5'7", WHICH WAS TALLER THAN THE AVERAGE FRENCHMAN AT THE TIME.





# WHAT HAVE YOU HEARD ABOUT …

## GEORGE WASHINGTON'S TEETH?

# What if I told you...

## THAT WASHINGTON DID SOMETIMES WEAR DENTURES THAT WERE MADE OUT OF GOLD, LEAD, HIPPOPOTAMUS IVORY, HORSE AND DONKEY TEETH?



# What if I told you...

## THAT GEORGE WASHINGTON'S TEETH ALSO CAME FROM ENSLAVED PEOPLE'S MOUTHS?

According to George Washington's ledger, on May 8, 1784, he paid 6 pounds 2 shillings to "Negros for 9 Teeth on Acct of Dr Lemoin". This money went to the dentist, not the enslaved person's.



# REFLECTION QUESTIONS

**Fact 1: House flies live for about a month**

**Fact 2: Napoleon was not short**

**Fact 3: Washington had metal and animal dentures**

**Fact 4: Washington had dentists implant the teeth of slaves into his mouth**

1. Were the first three facts easier to accept than the fourth?
2. Did you have a different feeling when you heard the fourth fact?
3. Did you have an urge to go and research that Washington's teeth were from the mouths of slaves?
4. Why is it hard for us to believe evidence that counters our beliefs?
5. Can you think of any beliefs that people have that you know are not factual and yet they still believe the information?
6. How do you feel after learning about the Backfire Effect?

# The Backfire Effect

- Well-documented psychological behavior
- USC conducted a study where participants were placed in an MRI and were presented with counterarguments to strongly held political beliefs
  - "Gay marriage should not be legalized"
- Brains scanned for activity
- Same part of the brain that responds to physical threat responds to intellectual ones
  - Called the amygdala
- Our core beliefs are beliefs which people cherish most deeply
  - These beliefs usually develop from childhood and solidify through life experiences
  - They can be inflexible, rigid, and sensitive to being challenged

# The Backfire Effect

- **You may have held the worldview that Washington was a patriot and hero, but you were just presented with negative information**
  - **This might not fit in your brain and causes your brain to backfire**
- Another term for the backfire effect is cognitive dissonance
  - Cognitive dissonance causes feelings of unease and tension, and people attempt to relieve this discomfort in different ways.
  - Examples include "explaining things away" or rejecting new information that conflicts with their existing beliefs.



# Exit Ticket - Turn in both worksheets!