E-14



Freedom Club

Meetings in E-1
Last B Day of the Week

