IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KASLE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAREN VAN PUTTEN, et al.,<br><br>    Defendants. | Case No. 24-cv-08015-MMC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 82 |

Before the Court is plaintiffs' "Motion for Leave to Amend Complaint," filed July 14, 2025. Defendants have filed opposition, to which plaintiffs have replied. The matter came on regularly for hearing on August 29, 2025. Ryan H. Weinstein of Ropes & Gray LLP appeared on behalf of plaintiffs. William B. Tunick of Dannis Woliver Kelley appeared on behalf of defendants.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the Court, for the reasons stated on the record at the hearing, hereby GRANTS the motion. Plaintiffs' amended complaint shall be filed no later than September 17, 2025.

**IT IS SO ORDERED.**

Dated: September 2, 2025

                                                    MAXINE M. CHESNEY<br>
                                                    United States District Judge