UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KASLE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KAREN VAN PUTTEN, et al.,<br><br>    Defendants. | Case No. 3:24-cv-08015-MMC  (KAW)<br><br>**ORDER TERMINATING MOTION TO COMPEL AND MOTION TO SEAL**<br><br>Re: Dkt. Nos. 96, 97 |

On September 16, 2025, the district court referred the pending motion to compel to the undersigned. The undersigned does not, however, entertain motions to compel, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.) Accordingly, the motion to compel is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

Finally, the Court TERMINATES Plaintiffs' administrative motion to consider whether another's party's materials should be sealed (Dkt. No. 96), but it instructs the Clerk's Office to lock that docket entry so that it is only available to case participants.

This resolves Dkt. Nos. 96 and 97.

IT IS SO ORDERED.

Dated: September 17, 2025

                                                                                _____<br>
                                                                                KANDIS A. WESTMORE<br>
                                                                                United States Magistrate Judge