Ryan H. Weinstein (Cal. Bar No. 240405)
ryan.weinstein@ropesgray.com
ROPES & GRAY LLP
10250 Constellation Boulevard
Los Angeles, California 90067
Telephone: +1 310 975 3310
Facsimile: +1 310 975 3400

Lori Lowenthal Marcus*
lorilowenthalmarcus@deborahproject.org
Jerome M. Marcus*
jmarcus@deborahproject.org
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, Pennsylvania 19066
Telephone: +1 610 880 0100
Facsimile: +1 610 664 1559

[Additional counsel on next page]

Attorneys for Plaintiffs

* admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al*.,<br><br>　　　　　　Defendants. | Case No. 3: 24-cv-08015-MMC<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER** |

Amy Jane Longo (Cal. Bar No. 198304)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, California 94111-4006
Telephone: +1 415 315 2301
Facsimile: +1 415 315 6350
amy.longo@ropesgray.com

David B. Hennes*
Gregg L. Weiner*
Alexander B. Simkin*
Elana M. Stern*
Hannah Shapiro*
Luke Colle*
Laura Medina*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: +1 212 596 9000
Facsimile: +1 212 596 9090
david.hennes@ropesgray.com
gregg.weiner@ropesgray.com
alexander.simkin@ropesgray.com
elana.stern@ropesgray.com
hannah.shapiro@ropesgray.com
judy.faktorovich@ropesgray.com
laura.medina@ropesgray.com

* admitted pro hac vice

Plaintiffs Concerned Jewish Parents of Sequoia Union High School District, *et al.,* and Defendants Sequoia Union High School District, *et al.* (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Defendants filed a motion to dismiss on October 15, 2025 (ECF 112, "Motion to Dismiss");

WHEREAS, a settlement conference before the Honorable Magistrate Judge Laurel Beeler is scheduled for October 28, 2025;

WHEREAS, the current deadline for Plaintiffs to file their Opposition to the Motion to Dismiss is October 29, 2025, and the current deadline for Defendants to file their Reply is November 5, 2025;

WHEREAS, in light of the scheduled settlement conference, the Parties agree that a modest extension of the briefing schedule will facilitate settlement discussions and promote judicial economy;

WHEREAS, the Parties have agreed to extend the deadline for Plaintiffs' Opposition to November 26, 2025, and for Defendants' Reply to December 10, 2025; and;

WHEREAS, the Parties agree that this briefing schedule may be revisited as necessary to facilitate the continuation of settlement discussions.

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiffs' Opposition to the Motion to Dismiss shall be due on or before **November 26, 2025.**

2. Defendants' Reply in support of the Motion to Dismiss shall be due on or before **December 10, 2025**.

3. The hearing on the Motion to Dismiss shall be continued to **December 19, 2025**, or to a date thereafter convenient to the Court.

IT IS SO STIPULATED.

DATED: October 27, 2025                         ROPES & GRAY LLP

By: */s/ Ryan H. Weinstein*

Ryan H. Weinstein

Attorneys for Plaintiffs

DATED: October 27, 2025                         DANNIS WOLIVER KELLEY

By: */s/ William B. Tunick*

William B. Tunick

Attorneys for Defendants

3

## [PROPOSED] ORDER

Pursuant to the parties' joint stipulation, and for good cause shown, it is hereby ORDERED that:

1. Plaintiffs' Opposition to the Motion to Dismiss shall be due on or before **November 26, 2025**.

2. Defendants' Reply in support of the Motion to Dismiss shall be due on or before **December 10, 2025**.

3. The hearing on the Motion to Dismiss shall be continued to **December 19, 2025**.

Any further extension of this briefing schedule pending settlement discussions will be subject to the Parties' further stipulation and written order of this Court.

Dated:   October 27, 2025

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I, Ryan H. Weinstein, attest that all other signatories listed herein and on whose behalf this filing is submitted have authorized this filing and concur in its content.

DATED: October 27, 2025          By: /s/ Ryan H. Weinstein
                                      Ryan H. Weinstein