IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.  24-cv-08015-MMC<br><br>**ORDER RE: STIPULATION TO VACATE PRETRIAL AND TRIAL DATES** |

　　　　Before the Court is a Stipulation, filed November 7, 2025, by which the parties jointly seek, in light of "ongoing, good-faith settlement negotiations," (see Doc. No. 124 at 1), an order vacating "all deadlines set forth in the Court's Pretrial Preparation Order (Dkt. 67) entered on March 3, 2025, including deadlines for discovery, motion practice, pretrial filings, the final pretrial conference, and trial" (see id. at 3).

　　　　The Court, having read and considered the Stipulation, finds the parties have shown good cause for relief from the current schedule, but not to the extent requested. In particular, the Court notes that the trial is not scheduled to begin until August 24, 2026, and, in light thereof, the Court finds it appropriate to extend the pretrial deadlines and maintain the trial date.

　　　　Accordingly, the pretrial schedule is hereby modified as follows:

1. Non-expert discovery cutoff: April 10, 2026
2. Deadline to designate experts: March 27, 2026
3. Deadline to designate rebuttal experts: April 17, 2026

4.  Expert discovery cutoff: May 1, 2026

5.  Daubert/ dispositive motions filing deadline: May 22, 2026

In all other respects, the Pretrial Preparation Order, filed March 3, 2025, remains unchanged.

**IT IS SO ORDERED.**

Dated: November 12, 2025

MAXINE M. CHESNEY
United States District Judge

2