Ryan H. Weinstein (Cal. Bar No. 240405)
ryan.weinstein@ropesgray.com
ROPES & GRAY LLP
10250 Constellation Boulevard
Los Angeles, California 90067
Telephone: +1 310 975 3310
Facsimile: +1 310 975 3400

Lori Lowenthal Marcus*
lorilowenthalmarcus@deborahproject.org
Jerome M. Marcus*
jmarcus@deborahproject.org
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, Pennsylvania 19066
Telephone: +1 610 880 0100
Facsimile: +1 610 664 1559

[Additional counsel on signature page]

Attorneys for Plaintiffs

* admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEQUOIA UNION HIGH SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. 3: 24-cv-08015-MMC <br><br> **JOINT STIPULATION REGARDING FURTHER AMENDMENT TO BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER** |

## STIPULATION

Plaintiffs Concerned Jewish Parents of Sequoia Union High School District, *et al.,* and Defendants Sequoia Union High School District, *et al.* (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, pursuant to the Parties' October 27, 2025 stipulation, the Court previously amended the briefing schedule on Defendants' Motion to Dismiss to facilitate settlement discussions (ECF No. 117);

WHEREAS, the Parties subsequently participated in a settlement conference before the Honorable Magistrate Judge Laurel Beeler;

WHEREAS, at the settlement conference, the Parties agreed to a specific, concrete schedule for continuing settlement efforts, including the exchange of formal proposals and a follow-up conference before Judge Beeler, and therefore agree that a further amendment to the briefing schedule and hearing date is necessary to conserve judicial and party resources;

WHEREAS, the specific schedule for the continued settlement discussions is as follows: Defendants shall transmit a written settlement proposal to Plaintiffs on or before November 17, 2025; Plaintiffs shall review and respond in writing on or before November 24, 2025; and the parties shall participate in a follow-up conference before Judge Beeler in December 2025;

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiffs' Opposition to the Motion to Dismiss shall be due on or before **January 16, 2026**.

2. Defendants' Reply in support of the Motion to Dismiss shall be due on or before **January 30, 2026**

3. The hearing on the Motion to Dismiss shall be continued to **February 20, 2026**, or to such later date as is convenient for the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: November 13, 2025 | ROPES & GRAY LLP<br>THE DEBORAH PROJECT<br><br>By:   */s/ Ryan H. Weinstein*<br><br>   Ryan H. Weinstein<br>   Lori Lowenthal Marcus<br>   Jerome Marcus<br>   Amy Jane Longo<br>   David B. Hennes<br>   Gregg L. Weiner<br>   Alexander B. Simkin<br>   Elana M. Stern<br>   Hannah Shapiro<br>   Luke Colle<br>   Laura Medina<br>   Lauren Brady<br><br>   Attorneys for Plaintiffs |
| DATED: November 13, 2025 | DANNIS WOLIVER KELLEY<br><br>By:   */s/ William B. Tunick*<br><br>   William B. Tunick<br><br>   Attorneys for Defendants |

## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' joint stipulation, and for good cause shown, it is hereby ORDERED that:

1. Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be due on or before **January 16, 2026.**

2. Defendants' Reply in support of the Motion to Dismiss shall be due on or before **January 30, 2026.**

3. The hearing on the Motion to Dismiss shall be continued to **February 20, 2026.**

IT IS SO ORDERED.

Dated: November 13, 2025

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

3
JOINT STIPULATION REGARDING FURTHER AMENDMENT TO BRIEFING SCHEDULE
ON DEFENDANTS' MOTION TO DISMISS
Case No. 3:24-cv-08015-MMC