Last Revised July 14, 2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

**STANDING ORDER FOR SETTLEMENT CONFERENCES BEFORE**

**MAGISTRATE JUDGE LAUREL BEELER**

Parties must comply with the procedures in the Federal Rules of Civil Procedure, the local rules (including the ADR rules), and this standing order.

## SCHEDULING

Scheduling conferences are held by videoconference on Thursdays, following the 11:00 a.m. civil case-management calendar. Settlement conferences are scheduled on Tuesdays and Wednesdays at 10:00 a.m. and Thursdays at 12:00 p.m.

Before the scheduling conference, lead counsel must discuss with their clients and each other:

- The optimal time for a settlement conference;
- Their mutually available dates;
- The availability of insurance;
- Individuals with settlement authority and their attendance;
- Information to be exchanged before the settlement conference;
- The time needed to evaluate demands and responses; and
- Any other relevant issues.

At the scheduling conference, the court will discuss these matters and set the settlement conference. The court's calendar is typically booked 120 days in advance, but earlier dates may be accommodated if suitable for the case. The parties must email their preferred dates to lbcrd@cand.uscourts.gov at least two days before the scheduling conference, including the emails of all participants in the scheduling conference.

**PARTICIPANTS AT THE SETTLEMENT CONFERENCE**

Lead trial counsel, all parties, and individuals with full authority to negotiate and settle the case must attend the settlement conference.

**1. Corporation or Other Non-Government Entity**

A party that is not a natural person (e.g., a corporation or association) satisfies the attendance requirement if represented by a person (other than outside counsel) who is knowledgeable about the case and has final settlement authority. If settlement authority is vested solely in a governing board, claims committee, or equivalent body and cannot be delegated, the party must designate a person with authority to attend and participate in the settlement conference and, if a tentative settlement agreement is reached, to recommend the agreement to the approving body for approval. ADR L.R. Rule 7-3(a).

**2. Government Entity**

A government-entity party satisfies the attendance requirement if represented by a person (in addition to counsel of record) who (1) has, to the greatest extent feasible, authority to settle, (2) is knowledgeable about the case facts, the government entity's position, and the policies governing settlement decisions, and (3) has the authority to recommend a tentative settlement agreement to the government entity for approval. ADR L.R. 7-3(b). If the action is brought by the government on behalf of one or more individuals, at least one such individual must attend. *Id*.

### 3. Insured Party

An insured party must attend with a carrier representative who has full authority to negotiate up to the policy's coverage limits. ADR L.R. 7-3(c).

## SETTLEMENT-CONFERENCE STATEMENTS

Settlement statements must be lodged no later than seven days before the settlement conference (fourteen days for cases with four or more separately represented parties) in hard copy, three-hole punched and double-sided, at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, in a sealed envelope addressed to Judge Beeler and marked "Settlement Documents (Not For Filing)." Submissions under twenty pages may be emailed to lbsettlement@cand.uscourts.gov.

Settlement statements must include:

- Attendees and their roles;
- Relevant facts, including disputed facts and key evidence;
- Relevant court rulings;
- Claims and defenses;
- Legal issues about liability and damages;
- Prior settlement discussions and mediation efforts;
- The current demand and response;
- Fees and costs incurred to date and projected through trial;
- A candid assessment of settlement risks and the parties' needs;
- Obstacles to settlement and proposed solutions; and
- Any other information relevant to settlement.

The information may be provided in exchanged statements (up to ten pages with twenty pages of attachments), separate confidential statements (up to five pages with five pages of attachments), or a combination thereof, not exceeding these page limits. The parties may ask to submit additional attachments and should submit attachments jointly, if feasible, to avoid duplication. Video exhibits must be submitted jointly.

# SETTLEMENT CONFERENCES

Settlement conferences are held at 450 Golden Gate Avenue, 15th Floor, Courtroom B, San Francisco, CA 94102, and typically last three or more hours. Requests for continuances must be emailed to lbcrd@cand.uscourts.gov as soon as is practicable and include proposed new dates. A short joint statement reflecting the continuance request must be filed on the docket.

**IT IS SO ORDERED.**

Dated: July 14, 2025



_____
LAUREL BEELER
United States Magistrate Judge