IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KASLE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KAREN VAN PUTTEN, et al.,<br><br>    Defendants. | Case No. 24-cv-08015-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT COURTESY COPY IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On January 16, 2026, plaintiffs electronically filed their "Opposition to Defendants' Motion to Dismiss." To date, plaintiffs have not submitted a courtesy copy of said document.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See id.

Accordingly, plaintiffs are hereby DIRECTED to submit forthwith the requisite courtesy copy of the above-referenced document.

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____
MAXINE M. CHESNEY
United States District Judge