1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    SAM KASLE, et al.,                    Case No.  3:24-cv-08015-MMC   (KAW)

8                    Plaintiffs,           **ORDER TERMINATING 2/5/16 JOINT
                                           DISCOVERY LETTER**
9           v.
                                           Re: Dkt. No. 139
10   KAREN VAN PUTTEN, et al.,

11                  Defendants.

12

13          On October 27, 2025, the Court terminated the October 24, 2025 joint discovery letter

14   regarding Defendants' review and collection of mobile data (Dkt. No. 116) in light of the lapse in

15   appropriations. (Dkt. No. 119.)  In doing so, the Court ordered the parties to further meet and

16   confer and advised them that it was "not convinced that Defendants' proposed 'auditable [search]

17   process' comports with Federal Rule of Civil Procedure 34, as the amount of attorney supervision

18   over the search and production process appears to fall far below that contemplated by *In re Social

19   Media Adolescent Addiction/Personal Injury Products Liability Litigation*, No. 22-MD-03047-

20   YGR (PHK), 2024 WL 4125618, at *14-16 (N.D. Cal. Sept. 6, 2024)...." *Id.* at 1-2.

21          On February 5, 2026, the parties submitted a joint letter regarding the same dispute with

22   the attestation that they last met and conferred on this issue in October, and "held supplemental

23   settlement discussions throughout November and December 2025." (Joint Letter, Dkt. No. 139.)

24   The Court's civil standing order, however, requires that the parties meet and confer either in-

25   person or via videoconference, and, if they are unable to resolve the dispute without judicial

26   intervention, file a joint discovery letter within five business days of the lead counsels' meet and

27   confer session. (Judge Westmore's Civil Standing Order ¶¶ 13-14.)  The parties' attestation

28   indicates that they did not comply with the meet and confer requirements.

United States District Court
Northern District of California

1       Accordingly, the February 5, 2026 joint discovery letter is TERMINATED for failure to

2   comply with the undersigned's civil standing order.

3       This resolves Dkt. No. 139.

4       IT IS SO ORDERED.

5   Dated: February 12, 2026

6                                                          KANDIS A. WESTMORE

7                                                         United States Magistrate Judge

United States District Court
Northern District of California

2