IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-08015-MMC<br><br>**ORDER DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTION TO DISMISS** |

　　　　Before the Court is defendants' motion, filed October 15, 2025 "to Dismiss Plaintiffs' Amended Complaint." Plaintiffs have filed opposition, to which the defendants have replied. The matter came on regularly for hearing on February 20, 2026. Ryan H. Weinstein and Elana M. Stern of Ropes & Gray LLP appeared on behalf of plaintiffs. William B. Tunick and Suvarna R. Bhopale of Dannis Woliver Kelley appeared on behalf of the defendants.

　　　　Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the Court, for the reasons stated in detail on the record at the hearing, finds:

1. Plaintiffs S.B. and W.K. have sufficiently pleaded their Title VI claim (First Claim for Relief) against Sequoia Union High School District ("SUHSD");

2. S.B. has sufficiently pleaded her Equal Protection claim (Second Claim for Relief)[1] against SUHSD and against the following individuals in their personal

---

[1] Plaintiffs' Equal Protection and Free Exercise claims are brought under 42 U.S.C. § 1983.

capacity: Principal Karen Van Putten, Vice Principal Wendy Porter, Vice Principal Charles Velschow, and teacher Abdulhadi Kaddoura;

3. S.B. has sufficiently pleaded her Free Exercise claim (Third Claim for Relief) against SUHSD and against Vice Principal Velschow in his personal capacity; and

4. W.K. has sufficiently pleaded his Equal Protection claim (Second Claim for Relief) against SUHSD and against Principal Karl Losekoot in his personal capacity.[2][3]

Accordingly, defendants' motion is hereby DENIED with respect to the above listed claims, and in all other respects is GRANTED with leave to amend. Plaintiffs' Second Amended Complaint shall be filed no later than March 18, 2026.

**IT IS SO ORDERED.**

Dated: February 24, 2026

MAXINE M. CHESNEY
United States District Judge

---

[2] At plaintiffs' counsel's request and without objection by defendants' counsel, the Court adjourned the hearing before setting forth its findings with respect to plaintiffs' Free Exercise claims (Third Claim for Relief). Although S.B. has pleaded she stopped wearing her Star of David necklace in response to alleged antisemitic harassment, which could constitute a substantial burden on her religious beliefs, see Chalifoux v. New Caney Indep. Sch. Dist., 976 F. Supp. 659, 670 (S.D. Tex. 1997), W.K. has not pleaded a similar burden on his religious beliefs.

[3] By making the above findings, the Court has not necessarily relied on all of the incidents plaintiffs characterize as antisemitic, nor is it the Court's intention to preclude defendants from challenging the sufficiency of any claims alleged in the forthcoming Second Amended Complaint.