IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-08015-MMC<br><br>**ORDER DEFERRING RULING ON STIPULATION AND PROPOSED ORDER VACATING CASE SCHEDULE AND CONTINUING MARCH 13, 2026 STATUS CONFERENCE** |

　　Before the Court is the parties' "Stipulation and Proposed Order Vacating Case Schedule and Continuing March 13, 2026 Status Conference."

　　The Court, having reviewed the matter, hereby DEFERS ruling on all dates pending the upcoming Status Conference, which shall remain as currently scheduled on March 13, 2026. The parties shall file a joint statement no later than March 6, 2026.

　　**IT IS SO ORDERED.**

Dated: March 2, 2026

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge