WILLIAM B. TUNICK, State Bar No. 245481
wtunick@DWKesq.com
KEITH A. YEOMANS, State Bar No. 245600
kyeomans@DWKesq.com
SUVARNA R. BHOPALE, State Bar No. 242734
sbhopale@dwkesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA  94111
Telephone: 415.543.4111
Facsimile: 415.543.4384

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.,*<br><br>   Defendants. | Case No.  3:24-cv-08015-MMC<br><br>Judge: Hon. Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Trial Date: None<br><br>Second Amended Complaint Filed: March 18, 2026 |

1

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED**
**COMPLAINT**
**Case No. 3:24-cv-08015-MMC**

Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA  94111

**STIPULATION**

Plaintiffs Concerned Jewish Parents of Sequoia Union High School District, *et al.*, and Defendants Sequoia Union High School District, *et al.* (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 24, 2026, the Court granted in part and denied in part Defendants' motion to dismiss, granting Plaintiffs leave to amend (Dkt. 146);

WHEREAS, pursuant to that Order, the Court set a deadline of March 18, 2026, for Plaintiffs to file a Second Amended Complaint ("SAC");

WHEREAS, Plaintiffs filed their SAC on March 18, 2026 (Dkt. 152);

WHEREAS, the Parties previously reported substantial progress in settlement negotiations, including the exchange of detailed draft settlement agreements addressing the core issues in dispute (*see* Dkt. 150);

WHEREAS, on March 13, 2026, the Court vacated pending trial and pretrial dates and set a deadline of April 8, 2026, for Defendants to respond to the SAC (Dkt. 151);

WHEREAS, since that time, the Parties have continued to engage in active, good-faith settlement negotiations, exchanging substantive revisions to the draft settlement agreement that have meaningfully narrowed the issues in dispute, such that the Parties reasonably believe that a global resolution may be achievable in the near term;

WHEREAS, the requested five-week extension of time for Defendants to respond to Plaintiffs' SAC will enable the Parties to continue meaningful settlement discussions without diverting resources to dispositive motion practice, thereby conserving the Court's and the Parties' time and resources, and no party will be prejudiced by the requested extension;

WHEREAS, the likelihood of reaching a settlement in the near term will be substantially diminished if the Parties are required to divert resources to filing and opposing motions concerning the SAC;

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, as follows:

1. Defendants shall file their response to Plaintiffs' SAC, including any motion to dismiss,

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

2

no later than May 15, 2026.

2.  Plaintiffs shall file their opposition to any motion to dismiss no later than June 15, 2026.

3.  Defendants shall file their reply in support of any motion to dismiss no later than June 25, 2026.

4.  The motion to dismiss, if filed, shall be heard on July 10, 2026, or on a date thereafter convenient to the Court.

5.  The Parties shall promptly notify the Court if they reach a settlement.

IT IS SO STIPULATED.

DATED: April 2, 2026

DANNIS WOLIVER KELLEY
WILLIAM B. TUNICK
KEITH A. YEOMANS
SUVARNA R. BHOPALE

By:   _/s/ Keith A. Yeomans_
KEITH A. YEOMANS
Attorneys for Defendants


DATED: April 2, 2026

ROPES & GRAY LLP
THE DEBORAH PROJECT

*admitted pro hac vice*

By:   _/s/ Elana M. Stern_
RYAN H. WEINSTEIN
ELANA M. STERN*
LORI LOWENTHAL MARCUS*
JEROME MARCUS*

Attorneys for Plaintiffs

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

3

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**
**Case No. 3:24-cv-08015-MMC**

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) I, Keith A. Yeomans, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

Dated: April 2, 2026

                                         /s/ Keith A. Yeomans
                                         Keith A. Yeomans

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

4

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**
**Case No. 3:24-cv-08015-MMC**

**[PROPOSED] ORDER**

Pursuant to the Parties' joint stipulation, and good cause appearing therefor, based on the Parties' ongoing settlement negotiations and the absence of prejudice to any party, it is hereby ORDERED as follows:

1. Defendants shall file their response to Plaintiffs' Second Amended Complaint, including any motion to dismiss, no later than May 15, 2026.

2. Plaintiffs shall file their opposition to any motion to dismiss no later than June 15, 2026.

3. Defendants shall file their reply in support of any motion to dismiss no later than June 25, 2026.

4. The motion to dismiss, if filed, shall be heard on July 10, 2026, or on a date thereafter convenient to the Court.

5. The Parties shall promptly notify the Court if they reach a settlement.


IT IS SO ORDERED.


Dated:    April 2, 2026

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

5

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**
**Case No. 3:24-cv-08015-MMC**