Ryan H. Weinstein (Cal. Bar No. 240405)
ryan.weinstein@ropesgray.com
ROPES & GRAY LLP
10250 Constellation Boulevard
Los Angeles, California 90067
Telephone: +1 310 975 3310
Facsimile: +1 310 975 3400

Lori Lowenthal Marcus*
lorilowenthalmarcus@deborahproject.org
Jerome M. Marcus*
jmarcus@deborahproject.org
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, Pennsylvania 19066
Telephone: +1 610 880 0100
Facsimile: +1 610 664 1559

[Additional counsel on signature page]

Attorneys for Plaintiffs

* admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.,*<br><br>                     Plaintiffs,<br><br>          v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*,<br><br>                     Defendants. | Case No. 3:24-cv-08015-MMC<br>**JOINT NOTICE OF SETTLEMENT; ORDER VACATING PENDING DEADLINES AND HEARING DATES; ADMINISTRATIVELY CLOSING CASE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Concerned Jewish Parents of Sequoia Union High School District, *et al.*, and Defendants Sequoia Union High School District, *et al.* (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached a settlement in principle of all claims asserted in this matter. The Parties anticipate filing a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 14 days of this Notice.

In light of this settlement, the Parties respectfully request that the Court: (1) vacate all pending deadlines and hearing dates; and (2) administratively close this case pending the filing of the Stipulation of Dismissal. The Parties will promptly file the appropriate dismissal papers upon execution of the settlement agreement.

*[Signature Page Follows]*

DATED:  May 12, 2026

ROPES & GRAY LLP
THE DEBORAH PROJECT


By:    /s/ Ryan H. Weinstein

Ryan H. Weinstein
Amy Jane Longo
David B. Hennes
Gregg L. Weiner
Alexander B. Simkin
Elana M. Stern
Hannah Shapiro
Luke Colle
Lauren C. Brady
Laura Medina
Lori Lowenthal Marcus
Jerome M. Marcus

Attorneys for Plaintiffs


DATED:  May 12, 2026

DANNIS WOLIVER KELLEY


By:    /s/ William B. Tunick

William B. Tunick
Keith A. Yeomans
Ellyn L. Moscowitz
Suvarna R. Bhopale

Attorneys for Defendants


For good cause shown, all pending deadlines and hearing dates are hereby VACATED and the above-titled case is hereby ADMINISTRATIVELY CLOSED.


**IT IS SO ORDERED.**

Dated: May 13, 2026

MAXINE M. CHESNEY
United States District Judge

2

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Ryan H. Weinstein, attest that all other signatories listed herein and on whose behalf this filing is submitted have authorized this filing and concur in its content.

DATED:  May 12, 2026                    By:    */s/ Ryan H. Weinstein*
                                                                Ryan H. Weinstein

3