Ryan H. Weinstein (Cal. Bar No. 240405)
ryan.weinstein@ropesgray.com
ROPES & GRAY LLP
10250 Constellation Boulevard
Los Angeles, California 90067
Telephone: +1 310 975 3310
Facsimile: +1 310 975 3400

Lori Lowenthal Marcus*
lorilowenthalmarcus@deborahproject.org
Jerome M. Marcus*
jmarcus@deborahproject.org
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, Pennsylvania 19066
Telephone: +1 610 880 0100
Facsimile: +1 610 664 1559

[Additional counsel on signature page]

Attorneys for Plaintiffs

* admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | Case No. 3:24-cv-08015-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

WHEREAS, on May 23, 2026, Plaintiffs and Defendants (collectively, the "Parties") entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement"), resolving fully and finally the above-captioned action and all claims asserted or that could have been asserted therein;

WHEREAS, the Parties subsequently entered into a First Amendment to Settlement Agreement and Mutual Release dated as of June 24, 2026 (the "First Amendment"), extending certain deadlines set forth in the Settlement Agreement, and ratifying and confirming all other terms and conditions of the Settlement Agreement;

WHEREAS, Section 10.1 of the Settlement Agreement provides that, within five (5) business days after receipt of all payments due under Section 8 of the Settlement Agreement, the Parties shall execute and file a Joint Stipulation of Dismissal of the Action with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and a Proposed Order, in the form attached to the Settlement Agreement as Exhibit B;

WHEREAS, Section 10.1 of the Settlement Agreement further provides that the Joint Stipulation of Dismissal shall request that the Court (Hon. Laurel Beeler, United States Magistrate Judge) retain jurisdiction to enforce the settlement for a period of three school years from the Effective Date;

WHEREAS, all payments due under Section 8 of the Settlement Agreement have been made to Plaintiffs in accordance with the terms of the Settlement Agreement;

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree as follows, subject to the Court's approval:

1.  The above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.  Pursuant to the terms of the Settlement Agreement, as amended by the First Amendment, between the Parties, attached collectively as **Exhibit 1**, the Court (Hon. Laurel Beeler, United States Magistrate Judge) shall retain jurisdiction to enforce the terms of the Settlement Agreement for a period of three full school years from the Effective Date.

1

3.  Except as otherwise provided in the Settlement Agreement, each Party shall bear its own attorneys' fees, costs, and litigation expenses.

IT IS SO STIPULATED.


DATED:  July 22, 2026                    ROPES & GRAY LLP
                                         THE DEBORAH PROJECT


                                         By:    /s/ Ryan H. Weinstein

                                             Ryan H. Weinstein
                                             Elana M. Stern
                                             Lori Lowenthal Marcus
                                             Jerome Marcus

                                         Attorneys for Plaintiffs



DATED:  July 22, 2026                    DANNIS WOLIVER KELLEY


                                         By:    /s/ William B. Tunick

                                             William B. Tunick

                                         Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 3:24-cv-08015-MMC

**[PROPOSED] ORDER**

Having reviewed the foregoing Joint Stipulation of Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.  The above-captioned action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.  The Court (Hon. Laurel Beeler, United States Magistrate Judge) shall retain jurisdiction to enforce the terms of the Settlement Agreement for a period of three full school years from the Effective Date of the Settlement Agreement.

3.  Except as otherwise provided in the Settlement Agreement, each Party shall bear its own attorneys' fees, costs, and litigation expenses.

IT IS SO ORDERED.

DATED:

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Ryan H. Weinstein, attest that all other signatories listed herein and on whose behalf this filing is submitted have authorized this filing and concur in its content.

DATED:  July 22, 2026                    By:  */s/ Ryan H. Weinstein*
                                                                  Ryan H. Weinstein

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 3:24-cv-08015-MMC