Ryan H. Weinstein (Cal. Bar No. 240405)
ryan.weinstein@ropesgray.com
ROPES & GRAY LLP
10250 Constellation Boulevard
Los Angeles, California 90067
Telephone: +1 310 975 3310
Facsimile: +1 310 975 3400

Lori Lowenthal Marcus*
lorilowenthalmarcus@deborahproject.org
Jerome M. Marcus*
jmarcus@deborahproject.org
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, Pennsylvania 19066
Telephone: +1 610 880 0100
Facsimile: +1 610 664 1559

[Additional counsel on signature page]

Attorneys for Plaintiffs

* admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-08015-MMC<br><br>**REVISED STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

WHEREAS, on May 23, 2026, Plaintiffs and Defendants (collectively, the "Parties") entered into a Settlement Agreement and Mutual Release (together with the amendments thereto, the "Settlement Agreement"), resolving fully and finally the above-captioned action and all claims asserted or that could have been asserted therein;

WHEREAS, the Parties subsequently entered into a First Amendment to Settlement Agreement and Mutual Release dated as of June 24, 2026 (the "First Amendment"), extending certain deadlines set forth in the Settlement Agreement, and ratifying and confirming all other terms and conditions of the Settlement Agreement;

WHEREAS, the Parties subsequently entered into a Second Amendment to Settlement Agreement and Mutual Release dated as of July 31, 2026 (the "Second Amendment"), regarding selection of the Neutral, the third-party Training Provider, and the source of lesson materials;

WHEREAS, Section 10.1 of the Settlement Agreement provides that, within five (5) business days after receipt of all payments due under Section 8 of the Settlement Agreement, the Parties shall execute and file a Joint Stipulation of Dismissal of the Action with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and a Proposed Order, in the form attached to the Settlement Agreement as Exhibit B;

WHEREAS, Section 10.1 of the Settlement Agreement further provides that the Joint Stipulation of Dismissal shall request that the Court (Hon. Laurel Beeler, United States Magistrate Judge) retain jurisdiction to enforce the settlement for a period of three school years from the Effective Date;

WHEREAS, all payments due under Section 8 of the Settlement Agreement have been made to Plaintiffs in accordance with the terms of the Settlement Agreement;

WHEREAS, on August 6, 2026, the Parties' counsel conferred with the Hon. Laurel Beeler, United States Magistrate Judge, regarding retention of jurisdiction to enforce the terms of the Settlement Agreement;

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree as follows, subject to the Court's approval:

1. The above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. Pursuant to the terms of the Settlement Agreement (including all amendments thereto), attached collectively as **Exhibit 1**, the Court (Hon. Laurel Beeler, United States Magistrate Judge) shall retain jurisdiction to enforce the terms of the Settlement Agreement through the remainder of her service. Should the Hon. Laurel Beeler depart the bench or otherwise become unavailable, the Parties hereby consent to the assignment of another Magistrate Judge to enforce the terms of the Settlement Agreement through the remainder of the period of three full school years from the Effective Date. The Parties shall confer with Judge Beeler to the extent practicable regarding any such reassignment. The Parties further consent to the exercise of jurisdiction by such reassigned Magistrate Judge for all purposes relating to the interpretation and enforcement of the Settlement Agreement.
3. Except as otherwise provided in the Settlement Agreement, each Party shall bear its own attorneys' fees, costs, and litigation expenses.

IT IS SO STIPULATED.

DATED: September 4, 2026

ROPES & GRAY LLP
THE DEBORAH PROJECT

By: *__/s/ Ryan H Weinstein__*

Ryan H. Weinstein
Elana M. Stern
Lori Lowenthal Marcus
Jerome Marcus

Attorneys for Plaintiffs

DATED: September 4, 2026

DANNIS WOLIVER KELLEY

By: */s/ William B. Tunick*

William B. Tunick

Attorneys for Defendants

**~~[PROPOSED]~~ ORDER**

Having reviewed the foregoing Joint Stipulation of Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-captioned action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. The Court (Hon. Laurel Beeler, United States Magistrate Judge) shall retain jurisdiction to enforce the terms of the Settlement Agreement (and all amendments thereto) through the remainder of her service. Should the Hon. Laurel Beeler depart the bench or otherwise become unavailable, another Magistrate Judge shall be assigned, subject to the Parties' conferral with Judge Beeler to the extent practicable, to enforce the terms of the Settlement Agreement through the remainder of the period of three full school years from the Effective Date. The Parties' consent to magistrate judge jurisdiction shall extend to the exercise of jurisdiction by such reassigned Magistrate Judge for all purposes relating to the interpretation and enforcement of the Settlement Agreement.
3. Except as otherwise provided in the Settlement Agreement, each Party shall bear its own attorneys' fees, costs, and litigation expenses.

IT IS SO ORDERED.

DATED: September 4, 2026

Maxine M. Chesney

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Ryan H. Weinstein, attest that all other signatories listed herein and on whose behalf this filing is submitted have authorized this filing and concur in its content.

DATED: September 4, 2026 By: */s/ Ryan H. Weinstein*
Ryan H. Weinstein