Amy Jane Longo (Cal. Bar No. 198304)
amy.longo@ropesgray.com
ROPES & GRAY LLP
10250 Constellation Boulevard
Los Angeles, California 90067
Telephone: +1 310 975 3310
Facsimile: +1 310 975 3400

Lori Lowenthal Marcus*
lorilowenthalmarcus@deborahproject.org
Jerome M. Marcus*
jmarcus@deborahproject.org
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, Pennsylvania 19066
Telephone: +1 610 880 0100
Facsimile: +1 610 664 1559

[Additional counsel on signature page]

Attorneys for Plaintiffs

* admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CONCERNED JEWISH PARENTS OF SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*,

Plaintiffs,

v.

SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*,

Defendants.

Case No. 3:24-cv-08015-MMC

**PLAINTIFFS' CERTIFICATION OF COMPLIANCE WITH ORDER GRANTING UNOPPOSED MOTION TO APPROVE MINORS' COMPROMISE**

On June 12, 2026, the Court conditionally approved the compromise of the claims of the minor Plaintiffs, S.B. and W.K., pursuant to Federal Rule of Civil Procedure 17(c). *See* Dkt. No. 159. Plaintiffs, through their undersigned counsel, hereby certify that they have taken all required steps to fulfill the Court's June 12, 2026 order as to Plaintiff W.K. A copy of the Acknowledgement of Receipt of Order and Funds for Deposit in Minor Account with a redacted account number is attached to this certification as **Exhibit 1**. Plaintiffs additionally inform the Court that Plaintiff S.B. reached the age of majority on or around the date that the settlement sums were paid to her. As such, S.B. is no longer governed by the terms of the June 12, 2026 order, and no further action is required as to S.B.'s account reporting. *See* Dkt. No. 159 at 3.

DATED: October 16, 2026

ROPES & GRAY LLP

By: */s/ Amy Jane Longo*
Amy Jane Longo
David B. Hennes
Gregg L. Weiner
Alexander B. Simkin
Hannah Shapiro
Luke Colle
Lauren C. Brady
Lori Lowenthal Marcus
Jerome M. Marcus

Attorneys for Plaintiffs